# **<u>Exhibit C</u>**

# New Address Request

**Change of address** Please detach and return if address has changed

Mr Ioannis Triantafillou
APT 7H
151 S HIGHLAND AVE
OSSING NY  10562-6043

POLICY NUMBER: 6 693IT

Do you have any other AXA Equitable policies for which you want this change made?
[ ] Yes   [ ] No
If yes, list the policy numbers on the left.

**NEW ADDRESS** (If your address differs from that shown above, furnish new information below)

| 9 | 4 |   | B | A | L | D | W | I | N |   | L | A | N | E |   |   |   |   |   |
| C | / | O |   | N | I | K | O | L | A | O | S |   | R | E | N | T | O | U | L | I | S |

CITY: MAHOPAC   STATE: NY   ZIP: 10541

12/06/19 07:08 ET   ArchB SC4INF ArchP 32821