# **<u>Exhibit D</u>**

April 23, 2020 Correspondence and Attached Illustration


PO Box 1047, Charlotte, NC 28201-1047

# Life Insurance
## Your Policy Illustration

April 23, 2020

Policy Number: ▓▓▓▓6693
Insured: Mr Ioannis Triantafillou

PRIVATE AND CONFIDENTIAL
Mr Ioannis Triantafillou
C/o Nikolaos Rentoulis
94 Baldwin Lane
Mahopac NY 10541

| How to contact us | | Financial Professional |
|---|---|---|
| ☏ Toll Free: (800)777-6510 | 🖥 Website: axa.com | - Preferred Client Partners Grp |
| International: (704)341-7000 | 🖨 Fax: (855)268-6378 | (855)830-7140 |

Dear Mr Ioannis Triantafillou,

Thank you for choosing AXA.  We value you as a customer and appreciate the opportunity to serve your insurance needs.

In response to your recent request, we have included the illustration(s) for the above referenced policy(ies).  Please note that these values are projections and are not guarantees of future performance.

## What to do next
No further action is required at this time.

If you have any questions, please call us at 1-800-777-6510, where our Contact Center is available to help you Monday through Thursday, from 8:00 AM to 7:00 PM EST and Friday, from 8:00 AM to 5:30 PM EST.  You can also access additional support and resources, 24 hours a day, on our website at axa.com, where there are printable forms, instructions and other aids you will find helpful.

We welcome the opportunity to help you reach your financial destination, one small step at a time.

Sincerely,

Policy Service


cc: Financial Professional - - Preferred Client Partners Grp @ ASO

**Enclosures:**
- ▓▓▓▓6693 PPNA

Have access to your account 24 hours a day, 7 days a week at axa.com

Advice | Retirement | Life Insurance

## Enclosure Details

**Primary Recipient Role:** Owner
**Primary Recipient Name:** Mr Ioannis Triantafillou
**Primary Recipient Delivery :** MAIL
**Primary Recipient enclosures:**
- ███████6693 PPNA

**CC1 Recipient Role:** Financial Professional
**CC1 Recipient Name:** - Preferred Client Partners Grp
**CC1 Recipient Delivery :** MAIL
**CC1 Recipient enclosures:**
- ███████6693 PPNA

# AXA Equitable Life Insurance Company

```
ILLUSTRATION OF CURRENT AND PROJECTED POLICY INFORMATION        PAGE  1 OF  6


PREM PAYMT ALTERNATIVE- NEXT ANNIV    POLICY NUMBER      6 693      SSC/   /
                                      REGISTER DATE 11-17-88
THE INSURED    MR IOANNIS TRIANTAFILLOU
               C/O NIKOLAOS RENTOULIS              MALE  BIRTH DATE      55
               94 BALDWIN LANE
               MAHOPAC NY  10541
ASSOCIATE      UNASSIGNED
               1290 AVENUE OF AMERICAS  13TH FLOOR
               NEW YORK, NY        10028
NAME OF POLICY  WHOLE LIFE 50                          500,000 FACE AMOUNT
                WITH OPTIONAL BENEFIT RIDERS
                   PAID-UP ADDITIONS RIDER
                   DISABILITY PREMIUM WAIVER
THE TOTAL ANNUAL PREMIUM OF    5,780.00 IS DUE ON 11-17-20
         BASIC POLICY                                 5,780.00 TO 11-17-55
CURRENT DIVIDEND OPTION: DIVIDEND ADDITIONS


 WHOLE LIFE 50 IS ISSUED BY AXA EQUITABLE LIFE INSURANCE COMPANY, 1290 AVENUE
 OF THE AMERICAS, NEW YORK, NY 10104, (212)554-1234.  AXA EQUITABLE IS AN
 INDIRECT SUBSIDIARY OF AXA FINANCIAL, INC.  AXA FINANCIAL INC. IS A SUBSIDIARY
 OF AXA, AN INSURANCE HOLDING COMPANY.  NEITHER AXA NOR AXA FINANCIAL, INC. HAS A
 RESPONSIBILITY FOR THE INSURANCE OBLIGATIONS OF AXA EQUITABLE.


          THIS ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES
    THIS ILLUSTRATION IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT










 GE-00-193
  PREPARED ON: APR 23, 2020
```

# AXA Equitable Life Insurance Company

```
                                                          PAGE  2 OF  6
                                     POLICY NUMBER      6 693     SSC/  /
               THE FOLLOWING VALUES ARE ON THE BASIC POLICY
                                                      NON-GUARANTEED
POLICY YEAR       GUARANTEED DEATH    GUARANTEED CASH   2020 SCALE CASH
BEGINNING         BENEFITS BEGINNING    VALUE END         DIVIDENDS END
   ON              OF POLICY YEAR     OF POLICY YEAR    OF POLICY YEAR
11-17-19              500,000             239,000          5,545.00
11-17-20              500,000             248,000          5,860.00
11-17-21              500,000             257,000          6,155.00
11-17-22              500,000             266,000          6,445.00
11-17-23              500,000             275,000          6,705.00
11-17-24              500,000             284,500          6,965.00
11-17-25              500,000             293,500          7,240.00
11-17-26              500,000             302,000          7,540.00
11-17-27              500,000             311,000          7,880.00
11-17-28              500,000             319,500          8,265.00
11-17-29              500,000             328,000          8,665.00
11-17-30              500,000             336,000          9,050.00
11-17-31              500,000             344,000          9,405.00
11-17-32              500,000             351,500          9,710.00
11-17-33              500,000             359,000          9,950.00
11-17-34              500,000             366,000         10,155.00
11-17-35              500,000             373,000          9,845.00
11-17-36              500,000             380,000          9,515.00
11-17-37              500,000             387,000          9,185.00
11-17-38              500,000             393,000          8,865.00
11-17-39              500,000             399,500          8,520.00
11-17-40              500,000             405,000          8,765.00
11-17-41              500,000             410,500          8,975.00
11-17-42              500,000             415,500          9,150.00
11-17-43              500,000             420,500          9,280.00
11-17-44              500,000             425,500          9,375.00
11-17-45              500,000             430,500          9,455.00
11-17-46              500,000             436,000          9,515.00
11-17-47              500,000             441,500          9,580.00
11-17-48              500,000             447,500          9,675.00
11-17-49              500,000             454,500          9,890.00
11-17-50              500,000             462,000         10,360.00
11-17-51              500,000             470,500         11,240.00
11-17-52              500,000             479,000         12,695.00
11-17-53              500,000             487,500         14,850.00
11-17-54              500,000             500,000         13,800.00
POLICY LOANS WILL AFFECT DIVIDENDS ON THE CURRENT SCALE.


                   THIS ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES
              THIS ILLUSTRATION IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT
```

GE-00-193

POLICY NUMBER ▮ 6 693       SSC/   /

THE FOLLOWING VALUES ARE ON THE PAID-UP ADDITIONS RIDER

| POLICY YEAR BEGINNING ON | GUARANTEED DEATH BENEFITS BEGINNING OF POLICY YEAR | GUARANTEED CASH VALUE END OF POLICY YEAR | NON-GUARANTEED 2020 SCALE CASH DIVIDENDS END OF POLICY YEAR |
|---|---|---|---|
| 11-17-19 | 214 | 129 | 0.31 |
| 11-17-20 | 214 | 132 | 0.38 |
| 11-17-21 | 214 | 135 | 0.45 |
| 11-17-22 | 214 | 138 | 0.51 |
| 11-17-23 | 214 | 141 | 0.57 |
| 11-17-24 | 214 | 144 | 0.62 |
| 11-17-25 | 214 | 147 | 0.69 |
| 11-17-26 | 214 | 150 | 0.76 |
| 11-17-27 | 214 | 153 | 0.84 |
| 11-17-28 | 214 | 155 | 0.94 |
| 11-17-29 | 214 | 158 | 1.04 |
| 11-17-30 | 214 | 161 | 1.14 |
| 11-17-31 | 214 | 163 | 1.23 |
| 11-17-32 | 214 | 166 | 1.31 |
| 11-17-33 | 214 | 168 | 1.36 |
| 11-17-34 | 214 | 170 | 1.40 |
| 11-17-35 | 214 | 173 | 1.28 |
| 11-17-36 | 214 | 175 | 1.14 |
| 11-17-37 | 214 | 177 | 1.01 |
| 11-17-38 | 214 | 179 | 0.89 |
| 11-17-39 | 214 | 181 | 0.75 |
| 11-17-40 | 214 | 183 | 0.81 |
| 11-17-41 | 214 | 185 | 0.86 |
| 11-17-42 | 214 | 187 | 0.90 |
| 11-17-43 | 214 | 188 | 0.93 |
| 11-17-44 | 214 | 190 | 0.94 |
| 11-17-45 | 214 | 191 | 0.95 |
| 11-17-46 | 214 | 193 | 0.96 |
| 11-17-47 | 214 | 195 | 0.96 |
| 11-17-48 | 214 | 197 | 0.97 |
| 11-17-49 | 214 | 199 | 1.03 |
| 11-17-50 | 214 | 202 | 1.16 |
| 11-17-51 | 214 | 204 | 1.42 |
| 11-17-52 | 214 | 207 | 1.87 |
| 11-17-53 | 214 | 210 | 2.55 |
| 11-17-54 | 214 | 214 | 2.18 |

THESE VALUES DO NOT REFLECT ANY FUTURE SURRENDER OF PAID-UP ADDITIONS.
POLICY LOANS WILL AFFECT DIVIDENDS ON THE CURRENT SCALE.

THIS ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES
THIS ILLUSTRATION IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT

GE-00-193

PAGE 4 OF 6

POLICY NUMBER ▮▮▮▮6 693   SSC/ /

THE FOLLOWING ARE TOTAL VALUES (INCLUDING PUA)
NON-GUARANTEED VALUES BASED ON THE 2020 DIVIDEND SCALE
PREMIUM PAYMENT ALTERNATIVE - DIVIDENDS TO ADDITIONS

| POLICY YR BEGINNING ON | *ANNUAL PREMIUM | CASH VALUE OF ADDS SURRENDERED | *NET ANNUAL OUTLAY | FACE OF ADDITIONS | #TOTAL CASH VALUE | #TOTAL DEATH BENEFIT |
|---|---|---|---|---|---|---|
| 11-17-20 | 5,780 | 5,780 | 0 | 17,054 | 266,508 | 526,974 |
| 11-17-21 | 5,780 | 5,780 | 0 | 17,428 | 276,333 | 527,708 |
| 11-17-22 | 5,780 | 5,780 | 0 | 18,345 | 286,460 | 528,985 |
| 11-17-23 | 5,780 | 5,780 | 0 | 19,719 | 296,872 | 530,719 |
| 11-17-24 | 5,780 | 5,780 | 0 | 21,523 | 308,094 | 532,903 |
| 11-17-25 | 5,780 | 5,780 | 0 | 23,762 | 319,109 | 535,502 |
| 11-17-26 | 5,780 | 5,780 | 0 | 26,459 | 329,952 | 538,539 |
| 11-17-27 | 5,780 | 5,780 | 0 | 29,662 | 341,710 | 542,102 |
| 11-17-28 | 5,780 | 5,780 | 0 | 33,426 | 353,118 | 545,926 |
| 11-17-29 | 5,780 | 5,780 | 0 | 37,759 | 364,941 | 550,259 |
| 11-17-30 | 5,780 | 5,780 | 0 | 42,621 | 376,732 | 555,121 |
| 11-17-31 | 5,780 | 5,780 | 0 | 47,951 | 388,972 | 560,451 |
| 11-17-32 | 5,780 | 5,780 | 0 | 53,664 | 401,116 | 566,164 |
| 11-17-33 | 5,780 | 5,780 | 0 | 59,649 | 413,606 | 572,149 |
| 11-17-34 | 5,780 | 5,780 | 0 | 65,849 | 425,908 | 578,349 |
| 11-17-35 | 5,780 | 5,780 | 0 | 71,472 | 437,950 | 583,972 |
| 11-17-36 | 5,780 | 5,780 | 0 | 76,491 | 449,676 | 588,991 |
| 11-17-37 | 5,780 | 5,780 | 0 | 80,916 | 461,057 | 593,416 |
| 11-17-38 | 5,780 | 5,780 | 0 | 84,781 | 471,078 | 597,281 |
| 11-17-39 | 5,780 | 5,780 | 0 | 88,155 | 481,256 | 600,655 |
| 11-17-40 | 5,780 | 5,780 | 0 | 91,794 | 490,673 | 604,294 |
| 11-17-41 | 5,780 | 5,780 | 0 | 95,651 | 500,299 | 608,151 |
| 11-17-42 | 5,780 | 5,780 | 0 | 99,677 | 509,605 | 612,177 |
| 11-17-43 | 5,780 | 5,780 | 0 | 103,813 | 519,059 | 616,313 |
| 11-17-44 | 5,780 | 5,780 | 0 | 108,014 | 528,645 | 620,514 |
| 11-17-45 | 5,780 | 5,780 | 0 | 112,257 | 538,371 | 624,757 |
| 11-17-46 | 5,780 | 5,780 | 0 | 116,514 | 548,747 | 629,014 |
| 11-17-47 | 5,780 | 5,780 | 0 | 120,784 | 559,320 | 633,284 |
| 11-17-48 | 5,780 | 5,780 | 0 | 125,091 | 570,687 | 637,591 |
| 11-17-49 | 5,780 | 5,780 | 0 | 129,557 | 583,513 | 642,057 |
| 11-17-50 | 5,780 | 5,780 | 0 | 134,482 | 597,638 | 646,982 |
| 11-17-51 | 5,780 | 5,780 | 0 | 140,476 | 614,142 | 652,976 |
| 11-17-52 | 5,780 | 5,780 | 0 | 148,273 | 632,815 | 660,773 |
| 11-17-53 | 5,780 | 5,780 | 0 | 158,856 | 654,343 | 671,356 |
| 11-17-54 | 5,780 | 5,780 | 0 | 167,725 | 680,225 | 680,225 |

* PREMIUMS ARE ASSUMED TO BE PAID UP TO THE BEGINNING OF THE FIRST POLICY YEAR
  ILLUSTRATED.  THE ABOVE ILLUSTRATION ASSUMES THAT EITHER THE ENTIRE PREMIUM OR A
  PORTION OF YOUR PREMIUM FROM YEAR 2020 IS PAID BY THE SURRENDER OF SUFFICIENT
  ADDITIONS.  HOWEVER, THIS IS NOT A PAID-UP POLICY.
  IF FUTURE DIVIDEND SCALES ARE LOWER THAN AXA EQUITABLE'S 2020 DIVIDEND SCALE,
  THERE MAY BE INSUFFICIENT ADDITIONS TO SURRENDER AND YOU MAYBE REQURED TO MAKE
  MORE OUT-OF-POCKET PREMIUM PAYMENTS THAN ARE SHOWN IN THIS ILLUSTRATION.
  ADDITIONAL ACTIONS TAKEN BY YOU WITH REGARD TO YOUR POLICY, SUCH AS POLICY LOANS
  OR PARTIAL SURRENDERS, WILL ALSO AFFECT THE VALUES SHOWN ABOVE AND MAY REQUIRE
  YOU TO MAKE MORE OUT-OF-POCKET PREMIUM PAYMENTS THAN ARE SHOWN.
# INCLUDING EXISTING DIVIDEND CREDITS, IF ANY.  ALSO INCLUDES TERMINATION
  DIVIDEND, IF ANY (PAYABLE UPON DEATH OR SURRENDER).
  POLICY LOANS WILL AFFECT DIVIDENDS ON THE CURRENT SCALE.

THIS ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES

THIS ILLUSTRATION IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT

GE-00-193

```
                                                           PAGE  5 OF  6
1                                                          PAGE  5 OF  6
                              POLICY NUMBER ████ 6 693     SSC/  /
```

IMPORTANT INFORMATION
ABOUT YOUR
AXA EQUITABLE LIFE INSURANCE POLICY
AND
THIS ILLUSTRATION
PREMIUM PAYMENT ALTERNATIVE sm
---------------------------

WHOLE LIFE POLICY PREMIUMS.  TO KEEP YOUR WHOLE LIFE POLICY IN FORCE, AXA EQUITABLE MUST RECEIVE THE REQUIRED PREMIUM STATED IN YOUR POLICY.  THE PREMIUM MAY BE PAID BY YOU 'OUT OF POCKET,' OR UNDER CERTAIN CIRCUMSTANCES, MAY BE PAID BY THE USE OF POLICY VALUES SUCH AS DIVIDENDS OR LOANS.

PREMIUM PAYMENT ALTERNATIVE sm -- USING YOUR POLICY'S DIVIDEND VALUES TO PAY PREMIUMS.  IF YOUR POLICY'S DIVIDEND VALUES ARE SUFFICIENT, YOU MAY USE THEM TO PAY THE PREMIUMS FOR YOUR WHOLE LIFE POLICY.  IF YOU DECIDE TO PAY PREMIUMS USING THE PREMIUM PAYMENT ALTERNATIVE sm, YOU SHOULD SUBMIT A WRITTEN REQUEST THROUGH YOUR REPRESENTATIVE TO YOUR SERVICE CENTER.  ONCE THE PREMIUM PAYMENT ALTERNATIVE sm IS IN PLACE, POLICY VALUES WILL BE USED TO PAY THE PREMIUM DUE EACH YEAR AS LONG AS VALUES ARE AVAILABLE OR UNTIL YOU SUBMIT A WRITTEN REQUEST TO YOUR SERVICE CENTER TO CANCEL THE PROCESSING.  IF POLICY VALUES ARE INSUFFICIENT TO PAY ALL OF YOUR PREMIUM, YOU WILL BE BILLED FOR THE DIFFERENCE WHICH MUST BE PAID TO KEEP YOUR POLICY IN FORCE.

THINGS YOU SHOULD REMEMBER IF YOU CHOOSE THE PREMIUM PAYMENT ALTERNATIVE sm.  IF YOU USE POLICY'S DIVIDEND VALUES TO PAY PREMIUMS, REMEMBER DIVIDENDS ARE NOT GUARANTEED.  IF ACTUAL DIVIDEND SCALES ARE LOWER THAN THE DIVIDEND SCALE ASSUMED IN THE ENCLOSED ILLUSTRATION, THERE MAY BE INSUFFICIENT POLICY VALUES TO USE AND YOU MAY BE REQUIRED TO MAKE MORE OUT OF POCKET PREMIUM PAYMENTS THAN SHOWN IN THE ENCLOSED ILLUSTRATION.  IN ADDITION, POLICY LOANS, DIVIDEND WITHDRAWALS, AND INCREASES IN RIDER PREMIUM RATES MAY IMPACT YOUR ABILITY TO USE POLICY VALUES TO PAY PREMIUMS.

MONITOR POLICY VALUES.  IF YOU DECIDE TO PAY PREMIUMS USING POLICY VALUES, YOU SHOULD MONITOR THE STATUS OF YOUR POLICY EACH YEAR.  YOU SHOULD PERIODICALLY REQUEST AN IN FORCE ILLUSTRATION FROM YOUR REPRESENTATIVE.

THIS ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES
THIS ILLUSTRATION IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT
GE-97-183

```
                                                           PAGE  6 OF  6
1                                                          PAGE  6 OF  6
                              POLICY NUMBER ████ 6 693     SSC/  /
```
**************************************************************************
  ********                    ********                    ********
   POLICY LOAN EFFECTIVE ANNUAL PERCENTAGE INTEREST RATE PAYABLE AT THE END OF YEAR
                                   8.00%
  ********                    ********                    ********
  DIVIDENDS, OR ANY FIGURES DEPENDENT UPON THEM, ARE ILLUSTRATIONS BASED
  ON AXA EQUITABLE'S 2020 DIVIDEND SCALE, APPLICABLE TO POLICIES IN YOUR

INVESTMENT YEAR GROUP.  THE DIVIDENDS ARE NEITHER GUARANTEES NOR ESTIMATES.
FUTURE DIVIDENDS WILL DEPEND ON EXPERIENCE AND MAY VARY.
********                    ********                    ********

THIS ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES
THIS ILLUSTRATION IS NOT PART OF THE LIFE INSURANCE POLICY OR CONTRACT

GE-00-193
  DATE PREPARED                              APR 23, 2020