# Exhibit E

## Beneficiary Change Form



PO Box 1047, Charlotte, NC 28201-1047

# Life Insurance

## Your Beneficiary Designation

June 9, 2020

PRIVATE AND CONFIDENTIAL
Mr Ioannis Triantafillou
C/o Nikolaos Rentoulis
94 Baldwin Lane
Mahopac NY  10541

| | |
|---|---|
| Policy Number: | ▮▮▮▮6693 |
| Insured: | Mr Ioannis Triantafillou |

| *How to contact us* | | *Financial Professional* |
|---|---|---|
| ☎ Toll Free:      (800)777-6510 | 🖥 Website: axa.com | - Preferred Client Partners Grp |
| International:  (704)341-7000 | 🖨 Fax: (855)268-6378 | (855)830-7140 |

Dear Mr Ioannis Triantafillou,

Thank you for choosing AXA. We value you as a customer and appreciate the opportunity to serve your insurance needs.

As requested, we have made the following changes to your beneficiary designation:

Policy Number
6693

Primary Beneficiary(ies), Relationship
Nikolaos J. Rentoulis, Cousin.

Secondary Beneficiary(ies)
Dina Rentoulis.

Tertiary Beneficiary(ies)
Tammy Thanos, Child, Per Stirpes.
Christina Rentoulis, Child, Per Stirpes.

Please retain this information for your files.

## What to do next

Please be sure to review the changes to make sure that the names of your beneficiaries are spelled correctly.

If you have any questions, please call us at 1-800-777-6510 where our Contact Center is available to help you Monday through Thursday, from 8:00 AM to 7:00 PM EST and Friday from 8:00 AM to 5:30 PM EST. You can also access additional support and resources, 24 hours a day, on our website at axa.com, where there are printable forms, instructions and other aids you will find helpful.

*[Continued]*

Have access to your account 24 hours a day, 7 days a week at axa.com

Advice  |  Retirement  |  Life Insurance

Page 2
June 9, 2020

Policy Number: ████6693
Insured:      Mr Ioannis Triantafillou

---

We welcome the opportunity to help you reach your financial destination, one small step at a time.

Sincerely,
Policy Service

**Enclosure Details**

**Primary Recipient Role:** Owner
**Primary Recipient Name:** Mr Ioannis
Triantafillou
**Primary Recipient Delivery :** MAIL
**Primary Recipient enclosures:**



AXA Equitable Life Insurance Company
MONY Life Insurance Company of America
AXA Equitable Life and Annuity Company

# Life Insurance
## Beneficiary Change

Traditional, Term and Variable Life Series

**Return:**

**Express Mail:**
AXA Equitable Life Insurance Company
Life Operations
8501 IBM Dr, Suite 150
Charlotte NC  28262-4333

**Regular Mail:**
AXA Equitable Life Insurance Company
Life Operations
P.O. Box 1047
Charlotte, NC 28201-1047

**Toll-free Fax Number:**
(855) 268-6378

**For Assistance:**

**Call:**
(800) 777-6510
Monday - Thursday:
8:00 AM to 7:00 PM EST
Friday: 8:00 AM to 5:30 PM EST

**To Sign Up For eDelivery:**

Visit us at
**www.axa.com**

---

## Type of Request

Please complete the sections listed below if you are requesting a:

- Beneficiary change — sections 1, 2, 3, 4, 5 and 6
  For general information regarding requirements for a change
  of Beneficiary, please see last page of form.

---

## 1. Insured's Information (Please Print)

Policy Number(s) (Required):

████6693

Insured's Name: _____IOANNIS_____TRIANTAFILLOU_____
First       Middle/MI       Last

---

## 2. Present Owner's Information (Please Print)

Individual Owner(s) Name: _____IOANNIS_____TRIANTAFILLOU_____
(If other than Insured)    First       Middle/MI       Last

Joint Owner's Name: _____
First       Middle/MI       Last (if applicable)

Joint Owner's Name: _____
First       Middle/MI       Last (if applicable)

Corporate, Partnership, Charity/Non-Profit or Trust Name: _____

Corporate, Partnership, Charity/Non-Profit or Trust Name: _____

1894-C09-a2-0100298 0001260 of 0001265

06/04/20 08:27 ET    ArchB SC4INF ArchP 03838

## 3. Designation of New Primary Beneficiary(ies)

**Completing The Form**

- This form may be used for more than one policy, provided all policies insure the same person, have the same owner, and the same Beneficiary designation.
- For request to be accepted, all alterations must be initialed and dated by the policy Owner(s).
- The legal residence and mailing address of all proposed Beneficiaries are required.
- If the proposed Beneficiary is a Trust, the date of the Trust Agreement, name and address of Trustee, and Tax Identification Number (Social Security Number, Individual Taxpayer Identification Number, Employer ID Number) must be indicated.
- For a Beneficiary change on a Joint Life policy, a family-type policy, or a policy that includes a Family Plan Insurance provision, Renewable Term Insurance rider on an Additional Insured, or Children's Term Insurance rider, whereby multiple insured's are covered under a single policy, it is necessary to identify the Insured to whom the change applies as individual Beneficiary designations are permitted for each insured person.
- Before completing this request, please read the Beneficiary provisions in the General Information section at the back of this form.
- Do not return the policy with this request.

**Primary Beneficiary(ies):**

List name of new Primary Beneficiary(ies), relationship to the Insured/Annuitant, Address, Phone number, Taxpayer Identification Number, Date of birth and Email address (please print):

**Beneficiary 1**

| NIKOLAOS | J. | 'RENTOULIS | Individual |
|---|---|---|---|
| Name of Beneficiary: First | Middle/MI Last | | Type: Individual/Trust/Corporation/Other (list) |
| 94 Baldwin Lane | Mahopac | NY | 10541 |
| Primary Address of Beneficiary Street | City | State | Zip |

SSN ☒ TIN ☐ EIN ☐ ▉▉▉▉

| | Cousin | 100% |
|---|---|---|
| | Relationship to Insured | Percentage of Benefits |

▉▉▉ 1955    (845) 248-2083    plaza565@aol.com

| DOB or Trust/Incorporation Date | Phone Number | Email Address |
|---|---|---|

| Designation/Additional Information | Nature of Relationship (used for entities) | State and Country of Incorporation (used for entities) |
|---|---|---|

| Nature/Purpose of Business (used for entities) | GIIN (used for entities) | NAICS Code (used for entities) |
|---|---|---|

**Beneficiary 2**

| Name of Beneficiary: First | Middle/MI Last | Type: Individual/Trust/Corporation/Other (list) |
|---|---|---|
| Primary Address of Beneficiary Street | City | State | Zip |

SSN ☐ TIN ☐ EIN ☐

| | Relationship to Insured | Percentage of Benefits |
|---|---|---|

| DOB or Trust/Incorporation Date | Phone Number | Email Address |
|---|---|---|

| Designation/Additional Information | Nature of Relationship (used for entities) | State and Country of Incorporation (used for entities) |
|---|---|---|

| Nature/Purpose of Business (used for entities) | GIIN (used for entities) | NAICS Code (used for entities) |
|---|---|---|

**Beneficiary 3**

| Name of Beneficiary: First | Middle/MI Last | Type: Individual/Trust/Corporation/Other (list) |
|---|---|---|
| Primary Address of Beneficiary Street | City | State | Zip |

SSN ☐ TIN ☐ EIN ☐

| | Relationship to Insured | Percentage of Benefits |
|---|---|---|

| DOB or Trust/Incorporation Date | Phone Number | Email Address |
|---|---|---|

| Designation/Additional Information | Nature of Relationship (used for entities) | State and Country of Incorporation (used for entities) |
|---|---|---|

| Nature/Purpose of Business (used for entities) | GIIN (used for entities) | NAICS Code (used for entities) |
|---|---|---|

1894-C09-a2-0100298 0001260 of 0001265

## 4. Designation of New Contingent Beneficiary(ies)

Contingent Beneficiary(ies):
Provide name of new Contingent Beneficiary(ies), relationship to the Insured/Annuitant, Address, Phone number, Taxpayer Identification Number, Date of birth and Email address (please print):

**Beneficiary 1**

| DINA | RENTOULIS | Individual |
|---|---|---|
| Name of Beneficiary: First | Middle/MI      Last | Type: Individual/Trust/Corporation/Other (list) |

| 94 Baldwin Lane | Mahopac | NY | 10541 |
|---|---|---|---|
| Primary Address of Beneficiary Street | City | State | Zip |

SSN ☒ TIN ☐ EIN ☐ ▮▮▮▮

| Wife of cousin NIKOLAOS J. RENTOULIS | 100% |
|---|---|
| | |

▮▮▮ 1963

| Relationship to Insured | Percentage of Benefits |
|---|---|

| ▮▮▮ 1963 | (845) 628-8898 | plaza565@aol.com |
|---|---|---|
| DOB or Trust/Incorporation Date | Phone Number | Email Address |

| Designation/Additional Information | Nature of Relationship (used for entities) | State and Country of Incorporation (used for entities) |
|---|---|---|

| Nature/Purpose of Business (used for entities) | GIIN (used for entities) | NAICS Code (used for entities) |
|---|---|---|

**Beneficiary 2**

| | | |
|---|---|---|
| Name of Beneficiary: First | Middle/MI      Last | Type: Individual/Trust/Corporation/Other (l st) |

| | | | |
|---|---|---|---|
| Primary Address of Beneficiary Street | City | State | Zip |

SSN ☐ TIN ☐ EIN ☐

| Relationship to Insured | Percentage of Benefits |
|---|---|

| DOB or Trust/Incorporation Date | Phone Number | Email Address |
|---|---|---|

| Designation/Additional Information | Nature of Relationship (used for entities) | State and Country of Incorporation (used for entities) |
|---|---|---|

| Nature/Purpose of Business (used for entities) | GIIN (used for entities) | NAICS Code (used for entities) |
|---|---|---|

## 5. Special Instructions

If NIKOLAOS J. RENTOULIS AND DINA RENTOULIS SHOULD BOTH PREDECEASE ME, THEN I LEAVE 100% OF THE INSURANCE

PROCEEDS TO THEIR ISSUE, PER STIRPES.  THEIR CHILDREN ARE TAMMY THANOS AND CHRISTINA RENTOULIS

## 6. Signature Section

Are any of the named Beneficiaries above a Viatical or Life Settlement Company?   ☐ Yes   ☒ No

By my signature below, I understand this change of Beneficiary shall revoke any previous Beneficiary designation or election of a payment option.

_Ioannis Triantafillou_        _Ioannis Triantafillou  22-5-2020_

| Signature of Owner (Title, if applicable) | Print Owner's Name | Current Date (mm/dd/yyyy) |

---

| Signature of Owner (Title, if applicable) | Print Owner's Name | Current Date (mm/dd/yyyy) |

---

| Signature of Owner (Title, if applicable) | Print Owner's Name | Current Date (mm/dd/yyyy) |

---

Signature of Collateral Assignee (Company and Title, if applicable)        Current Date (mm/dd/yyyy)

1894-C09-a2-0100298 0001261 of 0001266