# **Exhibit G**

# Death Registration

· Security Feature: 051443555-Pa6W7bPvnAUvAF2GguS_kg

HELLENIC REPUBLIC
PREFECTURE        Arkadia
MUNICIPALITY      South Kynouria
REGISTRY          M.E. of Tyros
ADDRESS           Z.C. 22029
Telephone         2757360223

## Death Registration

### PARTICULARS OF REGISTRATION
Security Feature:                             051443555-Pa6W7bPvnAUvAF2GguS_kg
Info of Death Certificate (No./vol./year)     40/1/2022
Date Registered:                              11/30/2022 09:33

### PARTICULARS OF DECEASED
Last Name:           Triantafyllou
First Name:          Ioannis
Father's Name:       Triantafyllou, Panagiotis
Mother's Name:       Triantafyllou, Stavriani
Citizenship:         Greek
Religion:            Orthodox Christian
Birth Place:         Tyros, Tyros, South Kynouria, Arkadia,
(Mun/Local Com, Mun. Entity Greece
Municip., Prefecture, Country)
Birth Settlement:    Tyros
Birth Date:          ■■■/1955

Place of Residence:           22029, Tyros, Tyros, South Kynouria,
(Z.C., Local Com, Mun. Entity Arkadia, Greece
Municip., Prefecture, Country)

Age:                      67 years old
Municip. of Registration: South Kynouria, Arkadia
Municipal Roll Number:    9762/1
Family Status:            Single
Occupation:               UNEMPLOYED
Type of ID                POLICE ID CARD
Number of ID:             ■■■7895
ID was issued:            06/06/1970
TAX ID NO.:               ■■■0680
SOC. SEC. NO.:            ■■■3612
Insurance Carrier:   1)   EFKA
                     2)
                     3)

### PARTICULARS OF BURIAL/CREMATION
Place:       Tyros, Tyros-South Kynouria, Arkadia
             Prefecture (MUNICIPAL CEMETERY
             "SAINT ANASTASIA")
Date:        11/30/2022

Time: 15:00

PARTICULARS OF DEATH

Place: Other Institution of communal living (PALADION KAA)

Place:
(Street, No., ZC, Mun/Loc Comm, Mun. Entity, Municipality, Prefecture, Country)

2nd km Regional National Road TRIPOLI-TEGEA
Tripolis, Tripolis, Tripolis, Arkadia,
Greece

Date: 11/29/2022
Time: 06:45
Cause: Cardiopulmonary failure, Aspiration, Serious respiratory infection, Parkinson's disease appearing as spastic tetraplegia.

NOTES

CORRECTIONS

Round seal: HELLENIC REPUBLIC
MUNICIPALITY SOUTH KYNOURIA
REGISTRY – M.E. TYROS

REGISTRAR
<Alexandra Chr. Kamvyssi>

---

The foregoing is a true and exact translation from Greek into English of the attached document.

Astoria, New York, NY

March 10th, 2023

Zachari-Rallou Kyriakopoulou, Esq.
Attorney admitted in NY State Bar, and
Messologi, Greece, Bar Association
NY STATE BAR REG. NUMBER: 5710843
Messologi Bar Association Reg. No: 122
Address: 2217 STEIWAY STREET,
ASTORIA, 11105 NY, USA
E-mail: Rallou@tandplawfirm.com
Tel. +1-718-721-1250, Cell: +1-917-415-0296