# **<u>Exhibit I</u>**

March 16, 2023 Correspondence with Attachments

| | |
|---|---|
| **From:** | TAMMY THANOS ▮ |
| **Sent:** | 16.03.2023 13:51:45 |
| **To:** | NOC Claims |
| **Subject:** | death certificates |
| **Attachment:** | death certificates for equitable.pdf |

EXTERNAL EMAIL (Outside EQH Network): Use caution with links and attachments.

Hello. I am the tertiary beneficiary for the enclosed deceased Ioannis Triantafillos policy number ▮6693. Nikolaos and Dino Rentoulis, my parents are deceased as well who were beneficiaries. Their death certificates are in closed as well. You can reach me at this email or ▮

Tammy Thanos

Sent from my iPhone

· Security Feature: 051443555-Pa6W7bPvnAUvAF2GguS_kg

HELLENIC REPUBLIC
PREFECTURE           Arkadia
MUNICIPALITY         South Kynouria
REGISTRY             M.E. of Tyros
ADDRESS              Z.C. 22029
Telephone            2757360223

## Death Registration

### PARTICULARS OF REGISTRATION
Security Feature:                              051443555-Pa6W7bPvnAUvAF2GguS_kg
Info of Death Certificate (No./vol./year)      40/1/2022
Date Registered:                               11/30/2022 09:33

### PARTICULARS OF DECEASED
Last Name:                Triantafyllou
First Name:               Ioannis
Father's Name:            Triantafyllou, Panagiotis
Mother's Name:            Triantafyllou, Stavriani
Citizenship:              Greek
Religion:                 Orthodox Christian
Birth Place:              Tyros, Tyros, South Kynouria, Arkadia,
*(Mun/Local Com, Mun. Entity* Greece
*Municip., Prefecture, Country)*
Birth Settlement:         Tyros
Birth Date:               ▇1955

Place of Residence:       22029, Tyros, Tyros, South Kynouria,
*(Z.C., Local Com, Mun. Entity* Arkadia, Greece
*Municip., Prefecture, Country)*

Age:                      67 years old
Municip. of Registration: South Kynouria, Arkadia
Municipal Roll Number:    9762/1
Family Status:            Single
Occupation:               UNEMPLOYED
Type of ID:               POLICE ID CARD
Number of ID:             ▇7895
ID was issued:            06/06/1970
TAX ID NO.:               ▇0680
SOC. SEC. NO.:            ▇3612
Insurance Carrier:    1)  EFKA
                      2)
                      3)

### PARTICULARS OF BURIAL/CREMATION
Place:                    Tyros, Tyros-South Kynouria, Arkadia
                          Prefecture (MUNICIPAL CEMETERY
                          "SAINT ANASTASIA")
Date:                     11/30/2022

| | | |
|---|---|---|
| | Time: | 15:00 |

**PARTICULARS OF DEATH**

Place:  Other Institution of communal living
        (PALADION KAA)

Place:
*(Street, No., ZC,*
*Mun/Loc Comm, Mun.*
*Entity, Municipality,*
*Prefecture, Country)*

2nd km Regional National Road TRIPOLI-TEGEA
Tripolis, Tripolis, Tripolis, Arkadia,
Greece

Date:  11/29/2022
Time:  06:45
Cause: Cardiopulmonary failure, Aspiration,
       Serious respiratory infection, Parkinson's disease
       appearing as spastic tetraplegia.

**NOTES**

**CORRECTIONS**

Round seal: HELLENIC REPUBLIC
MUNICIPALITY SOUTH KYNOURIA
REGISTRY – M.E. TYROS

REGISTRAR
<Alexandra Chr. Kamvyssi>

---

The foregoing is a true and exact translation from Greek into English of the attached document.

Astoria, New York, NY

March 10th, 2023

Zachari-Rallou Kyriakopoulou, Esq.
Attorney admitted in NY State Bar, and
Messologi, Greece, Bar Association
NY STATE BAR REG. NUMBER: 5710843
Messologi Bar Association Reg. No: 122
Address: 2217 STEIWAY STREET,
ASTORIA, 11105 NY, USA
E-mail: Rallou@tandplawfirm.com
Tel. +1-718-721-1250, Cell: +1-917-415-0296

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**State File Number:** 131-2021-00051461
**Registration District:** 5946
**Register No.:** 148

**1. Name:** Dina S. Reoloulis
**2. Sex:** Female
**3A. Date of Death:** 06/05/2021
**3B. Hour:** 05:24 PM
**4A. Place of Death:** Hospital Inpatient
**4B. If Facility, Date Admitted:** 04/01/2021
**4C. Name of Facility:** Northern Westchester Hospital Association
**4D. Locality:** Mount Kisco Town
**4E. County of Death:** Westchester

**5. Date of Birth:** 1963
**5A. Age in Years:** 58
**7A. City and State of Birth:** Bronx Borough, New York

**8. Served in U.S. Armed Forces:** No
**9. Decedent of Hispanic Origin:** Not Spanish/Hispanic/Latino
**10. Decedent's Race:** White/Caucasian
**11. Decedent's Education:** High school graduate or GED

**12. Social Security Number:** ***-**-4515
**13. Marital Status:** Widowed

**15A. Usual Occupation:** Aesthetician
**15B. Kind of Business or Industry:** Beauty

**16A. Residence:** NY
**16B. County:** Putnam
**16C. Locality:** Mahopac Hamlet
**16D. Street and Number of Residence:** 94 Baldwin Lane
**16E. Zip Code:** 10541

**17. Birth Name of Father/Parent:** Sarantos Moundroukas
**18. Birth Name of Mother/Parent:** Xrisoula Linardou

**19A. Name of Informant:** Tammy Thanos

**20A. Burial:** Burial
**Date:** 06/09/2021
**20B. Place of Burial:** Mount Hope Cemetery
**20C. Location:** Hastings-On-Hudson Village, New York

**21A. Name and Address of Funeral Home:** Yorktown Funeral Home, 945 E Main St, Shrub Oak, NY 10588
**21B. Registration Number:** 01851
**22A. Name of Funeral Director:** Anthony J Guarino
**22B. Signature of Funeral Director:** Anthony J Guarino (Electronically Signed)
**22C. Registration Number:** 11459

**23A. Signature of Registrar:** Carolyn Nesbitt (Electronically Signed)
**23B. Date Filed:** 06/08/2021
**24A. Burial or Removal Permit Issued By:** Carolyn Nesbitt
**24B. Date Issued:** 06/08/2021

**25A. Certification:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Richard Stumacher, MD
**License No.:** 207779
**Signature:** Richard Stumacher, MD (Electronically Signed)
**Date:** 06/05/2021
**Certifier's Title:** Attending Physician
**Address:** 400 E Main St, Mount Kisco Town, NY 10549

**26A. Attending physician attended deceased from:** 04/01/2021 to 06/05/2021
**26B. Deceased last seen alive by attending physician:** 06/05/2021
**26C. Pronounced Dead on:** 06/05/2021 at 05:24 PM

**27. Manner of Death:** Natural Cause
**28. Was Case Referred to Coroner or Medical Examiner?** No
**29A. Autopsy?** No

**30. Death was caused by:**
**Part I. Immediate Cause:**
(A) Respiratory Failure with Hypoxemia — months
(B) Adult Respiratory Distress Syndrome — months
(C) COVID-19 Pneumonia — months

**Part II. Other Significant Conditions Contributing to Death but not Related to Cause Given in Part I:** <<<>>>

**Did Tobacco Use Contribute to Death?** No

# NEW YORK STATE DEPARTMENT OF HEALTH
# CERTIFICATE OF DEATH

Form 1951 (8/11)
RECORD NUMBER: 5946
REGISTRATION NUMBER: 124
STATE FILE NUMBER: 131-2021-00041320

**1. NAME:** Nikolaos Rentoulis
**2. SEX:** Male
**3A. DATE OF DEATH:** 04 / 22 / 2021
**3B. HOUR:** 08:31 AM

**4A. PLACE OF DEATH:** Hospital Inpatient
**4B. IF FACILITY, DATE ADMITTED:** 03 / 31 / 2021
**4C. NAME OF FACILITY:** Northern Westchester Hospital Association
**4D. LOCALITY:** Town — Mount Kisco Town
**4E. COUNTY OF DEATH:** Westchester
**4F. MEDICAL RECORD NO.:** 451748
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION:** No

**5. DATE OF BIRTH:** 1955
**6A. AGE IN YEARS:** 66
**7A. CITY AND STATE OF BIRTH:** Greece

**8. SERVED IN U.S. ARMED FORCES?:** No
**9. DECEDENT OF HISPANIC ORIGIN?:** No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** White/Caucasian

**11. DECEDENT'S EDUCATION:** High school graduate or GED

**12. SOCIAL SECURITY NUMBER:** ***-**-7896
**13. MARITAL STATUS:** Married
**14. SURVIVING SPOUSE:** Dina Moundroukas

**15A. USUAL OCCUPATION:** Proprietor
**15B. KIND OF BUSINESS OR INDUSTRY:** Food and Beverage

**16A. RESIDENCE (State or Country):** NY
**16B. County or Region/Province:** Putnam
**16C. LOCALITY:** Carmel Town
**16D. STREET AND NUMBER OF RESIDENCE:** 94 Baldwin Lane
**16E. ZIP CODE:** 10541

**17. BIRTH NAME OF FATHER / PARENT:** Ioannis Rentoulis
**18. BIRTH NAME OF MOTHER / PARENT:** Thomai Diamantis

**19A. NAME OF INFORMANT:** Tammy Thanos

**20A.** 1. Burial
**Date:** 05 / 04 / 2021
**20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:** Mount Hope Cemetery
**20C. LOCATION:** Hastings-On-Hudson Village, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Yorktown Funeral Home, 945 E Main St, Shrub Oak, NY 10588
**21B. REGISTRATION NUMBER:** 01851

**22A. NAME OF FUNERAL DIRECTOR:** Anthony J Guarino
**22B. SIGNATURE OF FUNERAL DIRECTOR:** Anthony J Guarino Electronically Signed
**22C. REGISTRATION NUMBER:** 11459

**23A. SIGNATURE OF REGISTRAR:** Carolyn Nesbitt Electronically Signed
**23B. DATE FILED:** 05 / 03 / 2021
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Carolyn Nesbitt
**24B. DATE ISSUED:** 05 / 03 / 2021

---

ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Jade Gallardo, MD
**License No.:** 270435
**Signature:** Jade Gallardo, MD Electronically Signed
**Date:** 04 / 23 / 2021
**Certifier's Title:** Attending Physician
**Address:** 400 E Main St, Mount Kisco Town, NY 10549

**26A. Attending physician attended deceased FROM:** 04/12/2021 TO 04/22/2021
**26B. Deceased last seen alive by attending physician:** 04/22/2021
**26C. Pronounced Dead on:** 04/22/2021 at 08:31 AM

**27. MANNER OF DEATH:** Natural Cause
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?:** No
**29A. AUTOPSY?:** No

**30. DEATH WAS CAUSED BY:**
**PART I. IMMEDIATE CAUSE:**
(A) severe sepsis with shock and multiorgan failure — uncertain
DUE TO OR AS A CONSEQUENCE OF:
(B) complications of acute respiratory distress syndrome — uncertain
DUE TO OR AS A CONSEQUENCE OF:
(C) COVID 19 pneumonia with acute hypoxic and hypercapnic respiratory failure — uncertain

**PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):**

**DID TOBACCO USE CONTRIBUTE TO DEATH?:** No

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?:** Yes

Decedent-First Name- amended on May-03-2021; formerly Nikoloas;
Safeguard