# Exhibit K

July 14, 2023 Email Communication

| | |
|---|---|
| **From:** | Scott Nicholas <nicholasesq@att.net> |
| **Sent:** | Wednesday, July 26, 2023 4:13 PM |
| **To:** | Brooks, Kevin |
| **Subject:** | Re: Ioannis Triantafillou - Policy No. ▇▇6 693 |
| **Attachments:** | TriantafillouEstate.ELtr.to.Equitable-Brooks.Re.DeathBenefit.pdf |

**EXTERNAL EMAIL (Outside EQH Network):** Use caution with links and attachments.

Dear Mr. Brooks:

Attached is my letter in response to yours.

I trust you will be guided accordingly.
Thank you.

Scott

NicholasEsq@att.net
60 East 42nd Street, 47th floor
[One Grand Central Place]
New York, New York 10165
(212) 751 - 1000


On Friday, July 14, 2023, 03:49:34 PM EDT, Brooks, Kevin <kevin.brooks@equitable.com> wrote:

Scott,

I hope you're doing well.  I am an attorney at Equitable and am in receipt of your letter, dated March 21, 2023, relating to policy no. ▇▇6 693.  Your letter and the cover e-mail appear to concede that your client is not a designated beneficiary.  Instead, your client's claim is based on the allegation that Mr. Triantafillou "was diagnosed with mental impairments that would have made Mr. Triantafillou incompetent to make legal or financial decisions for himself from 2014 until the time of his death," and thus, any beneficiary changes in 2020 were fraudulent.  Because Equitable cannot delay payment to the designated beneficiaries without a reasonable basis to do so, please provide any documents, including the "medical records" referenced in your letter, supporting your client's claim to the death benefits.  In addition, can you please confirm whether your client has been appointed as the administratrix of the estate?

Thanks,

Kevin



**Kevin W. Brooks** | Senior Director & Counsel

8501 IBM Drive, Charlotte, NC 28262

**m.** (704) 713.1018  |  **p.** (980) 308.8555

www.equitable.com | kevin.brooks@equitable.com

Equitable is the brand name of Equitable Holdings, Inc. and its family of companies, including Equitable Financial Life Insurance Company (Equitable Financial) (NY, NY); Equitable Financial Life Insurance Company of America (Equitable America), an AZ stock company with main administrative headquarters in Jersey City, NJ; Equitable Advisors, LLC (member FINRA, SIPC) (Equitable Financial Advisors in MI & TN); and Equitable Distributors, LLC.

**This message may be protected by the attorney-client privilege and/or other privileges or protections.  If you believe that it has been sent to you in error, do not read it.  Please reply to the sender that you have received the message in error and then delete it.  Thank you.**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


This message and any attachments may contain legally privileged and/or sensitive information. Any unapproved disclosure, use or dissemination of this e-mail message or its contents, either in whole or in part, is not permitted. If you are not the intended recipient of this e-mail message, kindly notify the sender and then securely dispose of it.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*