# **Exhibit M**

# Letters of Administration

On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:

| | |
|---|---|
| Name of Decedent: | Ioannis Triantafillou<br>AKA  John Triantafillou |
| Domicile of Decedent: | South Kynouria. Greece |
| Fiduciary Appointed:<br>Mailing Address | Alysha Triantafillou<br>100 Horseshoe Lane<br>2644 Hemlock Farms<br>Lords Valley PA  18428 |
| Letters Issued: | **LETTERS OF ADMINISTRATION** |
| Limitations: | NONE |

File #: 2023-1834
Date of Death: **November 29, 2022**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: July 31, 2023



IN TESTIMONY WHEREOF,  the seal of the Westchester County Surrogate's Court has been affixed.

WITNESS, Hon Brandon R. Sall, Judge of the Westchester County Surrogate's Court.

Eugene G. Yates, Deputy Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Westchester County Surrogate's Court*

Attorney:
**Socrates Scott L Nicholas**
60 E 42nd Street 47th Floor
New York NY  10165