# **Exhibit P**

August 9, 2023 Equitable Acknowledgment of Receipt of August 8, 2023 Letter

| | |
|---|---|
| **From:** | Brooks, Kevin <kevin.brooks@equitable.com> |
| **Sent:** | Wednesday, August 9, 2023 4:38 PM |
| **To:** | nicholasesq@att.net |
| **Subject:** | RE: Estate of Ioannis Triantafillou - Life Policy No.: ▇▇▇6693 |

Thanks, Scott. Now that your client has been appointed the fiduciary of Mr. Triantafillou's estate, please advise when you will be providing the documents, including the medical records referenced in your initial letter, supporting your client's claim to the death benefits under policy no. ▇▇▇6 693.

**Kevin W. Brooks**
Senior Director & Counsel
P:  (980) 308.8555
M:  (704) 713.1018

**From:** nicholasesq@att.net <nicholasesq@att.net>
**Sent:** Wednesday, August 9, 2023 8:31 AM
**To:** Brooks, Kevin <kevin.brooks@equitable.com>
**Subject:** Estate of Ioannis Triantafillou - Life Policy No.: ▇▇▇6693

**EXTERNAL EMAIL (Outside EQH Network):** Use caution with links and attachments.

Dear Mr. Brooks:

Attached please find my letter, which has been countersigned by my client to demonstrate my authorization for the information and document disclosure I am requesting, along with the Westchester County Surrogate's Court documents that confirm her appointment as Administratrix of her father's Estate.

Scott

Socrates Scott L. Nicholas, Esq.
60 East 42nd Street 47th floor
[One Grand Central Place]
New York, New York 10165
Tel:  (212) 751 – 1000
Fax: (212) 308 – 5068
NicholasEsq@att.net
**KnowSocialJustice-2-KnowCivilPeace**


*******************************************************************

This message and any attachments may contain legally privileged and/or
sensitive information. Any unapproved disclosure, use or dissemination
of this e-mail message or its contents, either in whole or in part, is
not permitted. If you are not the intended recipient of this e-mail
message, kindly notify the sender and then securely dispose of it.

1

*******************************************************************