# **Exhibit S**

August 21, 2023 Authorization

TO:  Jeanette Lyles, Special Investigations Unit
     Equitable
     P O Box 1047

     Charlotte, NC 28201-1047

Insured:     Ioannis Triantafillos

Policy No:   ████6693

I authorize Equitable to retain the claim proceeds on deposit pursuant to the terms set forth above until a mutually agreed upon settlement or final resolution by judicial intervention is obtained, provided interest accrues thereon at the statutorily required rate. ~~I also authorize Equitable to disclose my contact information to the adverse claimant and, if requested, such documents as either claimant deems necessary for review and evaluation in order to facilitate resolution.~~ I do not consent t Share my personal information. TT.

_____   8/21/2023_____
(Tammy Thanos)              Date