UNITED STATES SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Equitable Financial Life Insurance Company, <br><br> Plaintiff, <br><br> against <br><br> Triantafillou et al, <br><br> Defendant. | Case No.: 7:23-cv-07905-PMH <br><br><br> **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned now hereby appears as counsel to the Defendant **Tammy Thanos,** in the above-captioned case and that all notices given or required to be given, and all papers served or required to be served, be given and served upon:

MORRISON TENENBAUM PLLC
87 Walker Street, Floor 2
New York, New York 10013
Attn: Lawrence F. Morrison, Esq.
Tel.: (212) 620-0938
Fax: (646) 998-1972
Email: lmorrison@m-t-law.com

Dated: New York, New York
October 5, 2023

    **MORRISON TENENBAUM, PLLC**

    By:/s/ Lawrence F. Morrison
    **Lawrence F. Morrison**, **Esq**
    87 Walker Street, Floor 2
    New York, New York 10013
    Tel.: (212) 620-0938