UNITED STATES SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Equitable Financial Life Insurance Company,<br><br>                                             Plaintiff,<br><br>against<br><br>Triantafillou et al,<br><br>                                             Defendant. | Case No.: 7:23-cv-07905-PMH<br><br>NOTICE OF APPEARANCE |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned now hereby appears as counsel to the Defendant **Tammy Thanos,** in the above-captioned case and that all notices given or required to be given, and all papers served or required to be served, be given and served upon:

MORRISON TENENBAUM PLLC
87 Walker Street, Floor 2
New York, New York 10013
Attn: Joshua S. Androphy, Esq.
Tel.: (212) 620-0938
Fax: (646) 998-1972
Email: jandrophy@m-t-law.com

Dated: New York, New York
       October 6, 2023

                                                                    **MORRISON TENENBAUM, PLLC**

                                                                    By: /s/ Joshua S. Androphy
                                                                    **Joshua S. Androphy**, **Esq**
                                                                    87 Walker Street, Floor 2
                                                                    New York, New York 10013
                                                                    Tel.: (212) 620-0938