# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

October 30, 2023

**Via ECF**
The Hon. Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: *Equitable Financial Life Insurance Company v. Triantafillou et al.*
      Index No. 7:23-7905 (PMH)

Dear Judge Halpern:

    We represent the Defendants Tammy Thanos in the above-referenced matter and write to request an extension of time to answer or otherwise respond to the complaint, to November 17, 2023. Plaintiff consents to this request.

    The deadline for Thanos to respond to the complaint was on or about October 27, 2023. The reason for the request is to provide Thanos additional time to investigate the claims and prepare her responsive pleading. This is the first request for an extension of time.

    We thank the Court for its attention.

                            Respectfully Submitted,

                            */s/ Joshua S, Androphy*
                            Joshua S. Androphy, Esq.