UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUITABLE FINANCIAL LIFE INSURANCE COMPANY,<br><br>        Interpleader Plaintiff,<br><br>v.<br><br>ALYSHA TRIANTAFILLOU, ALYSHA TRIANTAFILLOU AS ADMINISTRATRIX OF THE ESTATE OF IOANNIS TRIANTAFILLOU, TAMMY THANOS, CHRISTINA STEFANOPOULOS,<br><br>        Interpleader Defendants. | C.A. No.: 1:23-cv-7905 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
TAMMY THANOS'S COUNTERCLAIM AGAINST EQUITABLE**

Pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, Interpleader Defendant Tammy Thanos ("Tammy"), by and through undersigned counsel, hereby gives notice that she voluntarily dismisses, without prejudice, the sole counterclaim for breach of insurance contract asserted against Equitable Financial Life Insurance Company *f/k/a* AXA Equitable Life Insurance Company ("Equitable") in Tammy's Answer to the Complaint in Interpleader, [ECF No. 28].  Equitable has not filed a responsive pleading to the counterclaim, and therefore, this dismissal without prejudice is properly before the Court.

**[Signature Page Attached]**

Respectfully submitted,

MORRISON-TENENBAUM PLLC

/s/ *Joshua S. Androphy*
Joshua S. Androphy, Esq.
*Attorney for Defendant Tammy Thanos*
87 Walker Street, Floor 2
New York, New York 10013
Tel: 212.620.0938
Email: jandrophy@m-t-law.com

Nelson Mullins Riley & Scarborough LLP

/s/ *Lisa A. Herbert*
Lisa A. Herbert
330 Madison Avenue, 27th Floor
New York, New York 10017
Telephone: (212) 413-9000
Email: lisa.herbert@nelsonmullins.com

*Attorney for Plaintiff Equitable Financial Life Insurance Company*

December 8, 2023

**AND SO ORDERED.**      _____
Honorable Philip M. Halpern
District Court Judge