UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Docket # 7:23-CV-07905

EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY

                          Plaintiffs,

    -against-

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU, TAMMY
THANOS, CHRISTINA STEFANOPOULOS

                          Defendants.
------------------------------------------------------------------------X

**ANSWER TO CROSSCLAIMS**

     Cross-Claim Defendants, ALYSHA TRIANTAFILLOU, ALYSHA TRIANTAFILLOU AS ADMINISTRATRIX OF THE ESTATE OF IOANNIS TRIANTAFILLOU ("Cross-Claim Defendant" or "Triantafilou") by and through their counsel, Alexander Kadochnikov, Esq. of Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP, answers separately numbered paragraphs in the Answer to TAMMY THANOS ("Thanos") cross-claim ("Thanos Cross-Claim") containing affirmative defenses as follows:

1. Triantafilou denies the information or knowledge to either admit or deny Paragraph 45 of the Thanos Cross-Claim.

2. Triantafilou denies the information or knowledge to either admit or deny Paragraph 46 of the Thanos Cross-Claim.

3. Triantafilou admits the allegations contained in Paragraph 47 of the Thanos Cross-Claim.

4. Triantafilou admits the allegations contained in Paragraph 48 of the Thanos Cross-Claim.

5. Triantafilou denies the information or knowledge to either admit or deny Paragraph 49 of the Thanos Cross-Claim.

6. Triantafilou denies the information or knowledge to either admit or deny Paragraph 50 of the Thanos Cross-Claim.

1

7. Triantafilou denies the information or knowledge to either admit or deny Paragraph 51 of the Thanos Cross-Claim.

8. Triantafilou denies the information or knowledge to either admit or deny Paragraph 52 of the Thanos Cross-Claim.

9. Triantafilou denies the information or knowledge to either admit or deny Paragraph 53 of the Thanos Cross-Claim.

10. Triantafilou denies the information or knowledge to either admit or deny Paragraph 54 of the Thanos Cross-Claim.

11. Triantafilou denies the information or knowledge to either admit or deny Paragraph 55 of the Thanos Cross-Claim.

12. Triantafilou admits the allegations contained in Paragraph 56 of the Thanos Cross-Claim.

13. Triantafilou denies the information or knowledge to either admit or deny Paragraph 57 of the Thanos Cross-Claim.

14. Triantafilou denies the information or knowledge to either admit or deny Paragraph 58 of the Thanos Cross-Claim.

15. Triantafilou admits the allegations contained in Paragraph 59 of the Thanos Cross-Claim.

16. Triantafilou admits the allegations contained in Paragraph 60 of the Thanos Cross-Claim.

17. Triantafilou denies the information or knowledge to either admit or deny Paragraph 61 of the Thanos Cross-Claim.

18. Triantafilou admits the allegations contained in Paragraph 61 of the Thanos Cross-Claim.

**RESPONSE TO THANOS FIRST CAUSE OF ACTION**

19. Allegations contained in Paragraphs 63 thorough 68 inclusive are not alleged against Triantafilou, therefore no answer is required.

## RESPONSE TO THANOS FIRST CAUSE OF ACTION

20. No response is required to Paragraph 69 of Thanos Cross-Claim.

21. Triantafilou denies the allegation contained in Paragraph 70 of Thanos Cross-Claim.

22. Triantafilou denies the allegation contained in Paragraph 71 of Thanos Cross-Claim.

23. Triantafilou denies the allegation contained in Paragraph 72 of Thanos Cross-Claim.

24. Triantafilou denies the allegation contained in Paragraph 73 of Thanos Cross-Claim.

## FIRST AFFIRMATIVE DEFENSE

25. Thanos's claims are barred because it has breached its duty of good faith and fair dealing.

## SECOND AFFIRMATIVE DEFENSE

26. All of Thanos's claims are barred by the doctrine of unclean hands as Thanos has committed a wrongdoing, and this lawsuit is attempting to benefit from her wrongdoing.

## FOURTH AFFIRMATIVE DEFENSE

27. Thanos's causes of action are barred, in whole or in part, because Triantafilou did not damage Thanos in the sum or manner alleged, or in any sum or manner at all.

## FIFTH AFFIRMATIVE DEFENSE

28. Thanos's claims are barred due to failure to perform and/or failure of essential purpose.

## SIXTH AFFIRMATIVE DEFENSE

29. Thanos's claims are barred, in whole or in part, insofar as Defendant's alleged actions or omissions were not the proximate cause of any alleged injury, loss, and/or damages incurred by the Thanos.

**SEVENTH AFFIRMATIVE DEFENSE**

30. Thanos's claims are barred, in whole or in part, for its failure to mitigate its alleged damages.

**EIGHTH AFFIRMATIVE DEFENSE**

31. Thanos's claims are barred, in whole or in part, due to fraud.

**NINTH AFFIRMATIVE DEFENSE**

32. Thanos's causes of action are barred, in whole or in part, because Triantafilou has, at all relevant times, acted in good faith.

**TENTH AFFIRMATIVE DEFENSE**

33. Thanos's causes of action are barred, in whole or in part, because the payment of the requested damages would result in unjust enrichment to Thanos.

**ELEVENTH AFFIRMATIVE DEFENSE**

34. Thanos's claims are barred and/or void as against public policy.

**TWELFTH AFFIRMATIVE DEFENSE**

35. Thanos's claims are barred in whole or in part by estoppel/waiver

**THIRTEENTH AFFIRMATIVE DEFENSE**

36. Thanoss' claims are barred in whole or in part by statute of limitations.

**FOURTEENTH AFFIRMATIVE DEFENSE**

37. Thanos's claims are barred in whole or in part by the doctrine of laches

**PRAYER FOR RELIEF**

**WHEREFORE**, Triantafilous demands judgment declaring it to be the rightful beneficiary of the one hundred (100%) of the proceeds of the death benefit of the Policy, and any accrued interest.

Dated: December 11, 2023
      Kew Gardens, NY

/s/ Kadochnikov

_____
Alexander Kadochnikov, Esq.
Shiryak, Bowman, Anderson,
Gill & Kadochnikov, LLP
*Attorney for the Defendant/Cross-Claimants*
*Alysha Triantafillou, Alysha Triantafillou as*
*Administratrix of the Estate of Ioannis Triantafillou*

80-02 Kew Gardens Rd, Suite 600
Kew Gardens, NY 11415
718-577-3261
akadochnikov@sbagk.com

To:    Lisa A. Herbert
Nelson Mullins Riley & Scarbourough LLP
330 Madison Avenue, 27th Floor
New York, New York 10017
*Attorney for Plaintiff Equitable Financial Life Insurance Company*

Mark A. Rubeo jr., Esq.
Reisman Rubeo, LLP
151 Broadway
Hawthorne, NY 10532
*Attorneys for Interpleader Defendant*
*Christina Stefanopoulos*

Joshua S. Androphy, Esq
Morrison Tenenbaum PLLC
87 Walker Street 2nd Floor,
New York, NY 10013
*Attorneys for Interpleader Defendant*
*Tammy Thanos*

5