# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

December 26, 2023

**Via ECF**
The Hon. Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: *Equitable Financial Life Insurance Company v. Triantafillou et al.*
       Index No. 7:23-7905 (PMH)

Dear Judge Halpern:

    We represent the Interpleader Defendant Tammy Thanos in the above-referenced matter and write to advise that we consent to Interpleader Plaintiff Equitable Financial Life Insurance Company's application to deposit the death benefit at issue in this action with the Court.

    We thank the Court for its attention.

                                  Respectfully Submitted,

                                  */s/ Joshua S, Androphy*
                                  Joshua S. Androphy, Esq.