# Reisman Rubeo, LLP
-Attorneys & Counselors at Law-

| | | |
|---|---|---|
| Mark I. Reisman<br>Mark A. Rubeo, Jr.*<br>—<br>*admitted in NY, CT & DC | 151 Broadway<br>Hawthorne, New York 10532<br><br>(914) 495-3050<br>(914) 495-3051 facsimile | Of Counsel:<br>Sharman T. Propp |

January 23, 2024

**VIA ECF**
Hon. Philip M. Halpern
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: Equitable Financial Life Insurance Company v. Triantafillou
      Index #: 7:23-cv-7905 (PMH)

Dear Judge Halpern:

  My office represents Interpleader Christina Stefanopoulos in the above-referenced matter.

  I am writing to inform the Court that Ms. Stefanopoulos consents to the deposit by Equitable Financial Life Insurance Company of the death benefit at issue with the Court.

  Please accept my sincere apologies for the delay in filing this letter with the Court. For whatever reason, my name is listed as someone that receives electronic notices on this case, but the notices are not being sent to my email address. Plaintiff's counsel was kind enough to advise me of the now passed deadlines this morning and I immediately prepared and filed this letter. I respectfully ask that the Court kindly excuse this unintentional delay.

  Thank you.

                Very truly yours,

                */s/ Mark A. Rubeo, Jr.*

                MARK A. RUBEO, JR.

MAR/