UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUITABLE FINANCIAL LIFE INSURANCE COMPANY,

                Plaintiff,

- against -

ALYSHA TRIANTAFILLOU, et al.,

                Defendants.

**ORDER**

23-CV-07905 (PMH)

PHILIP M. HALPERN, United States District Judge:

    For the reasons stated on the record during the February 7, 2024 initial pretrial conference, the Court rescinds the January 23, 2024 Order directing Equitable Financial Life Insurance Company ("Plaintiff") to deposit a sum of money with the Court. (Doc. 42). Plaintiff is directed to file a status report in 30 days (by March 7, 2024) on the status of its investigation regarding any assignments on the insurance policy at issue in this action.

    The Clerk of Court is respectfully directed to strike Doc. 42 from the docket.

                                        **SO ORDERED.**

Dated:  White Plains, New York
         February 8, 2024

                                              PHILIP M. HALPERN
                                              United States District Judge