

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Lisa A. Herbert
T: 212.413.9042
lisa.herbert@nelsonmullins.com

**VIA ECF**

Honorable Philip M. Halpern
The Hon. Charles L. Breiant Jr. Federal and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

---

Application to file the proofs of service for Defendants Tammy Thanos and Christina Stefanpoloulos under seal is granted. The Clerk of Court is respectfully directed to terminate the pending motions at Doc. 20 and Doc. 39.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
           March 4, 2024

---

RE: *Equitable Financial Life Insurance Company v. Alysha Triantafillou, et al.*
<u>Case No. 7:23-cv-07905-PMH</u>

Dear Judge Halpern:

We are counsel for Plaintiff Equitable Financial Life Insurance Company ("Equitable") in the above-referenced interpleader action. As detailed herein, we are writing to request Court approval for the filing of redacted proofs of service for defendants-adverse claimants, Tammy Thanos ("Tammy") and Christina Stefanopoulos ("Christina").

As explained in the Complaint for Interpleader, (Doc. 1), Alysha Triantafillou, individually and through the Estate of Ioannis Triantafillou, Tammy, and Christina are adverse claimants to death benefits. In response to Equitable's request to share contact information among the adverse claimants, Tammy and Christina responded requesting Equitable not to share their contact or personal information. (*See* Exhibit R, August 10, 2023 Authorization and Exhibit S, August 21, 2023 Authorization attached to Complaint for Interpleader, Doc. 1.)

Pursuant to their requests and in respect of their privacy interests, Equitable filed the Complaint for Interpleader without reference to their physical and email addresses and telephone numbers. Similarly, Equitable filed and the clerk issued the summonses without reflecting Tammy and Christina's full addresses. (Docs. 14-15.)

Equitable successfully served Christina and Tammy on September 21, 2023 and September 27, 2023, respectively. Accordingly, Equitable seeks to file the proofs of service as required by Rule 4 of the Federal Rules of Civil Procedure. The proofs of service, however, reflect Christina and Tammy's home addresses and if filed without redactions, their personal information would be disclosed. Equitable, therefore, seeks Court approval to file the proofs of service with Christina and Tammy's home addresses redacted to protect the defendants' privacy as requested.

Pursuant to Your Honor's individual practices in civil cases regarding electronic filing under seal, Equitable files, as Exhibit 1 to this letter-motion, the proofs of service for Christina and Tammy with their home addresses redacted. Equitable also files, under seal, Exhibit 2 to this

letter-motion, which is a copy of the unredacted proofs of service for Christina and Tammy, with the proposed redactions highlighted.

   Based on the foregoing reasons, Equitable respectfully requests that the proofs of services, *see* Exhibit 1, be permitted to be filed with redactions. We thank Your Honor for your time and attention to this matter.

             Respectfully submitted,

             */s/ Lisa A. Herbert*

             Lisa A. Herbert

cc:  All Counsel of Record (via ECF)