# **Exhibit A**

Original Application

| THE INSURED | IOANNIS TRIANTAFILLOU | REGISTER DATE | NOV 17, 1988 |
|---|---|---|---|
| POLICY OWNER | IOANNIS TRIANTAFILLOU | DATE OF ISSUE | DEC 7, 1988 |
| FACE AMOUNT | $500,000 | ISSUE AGE,SEX | 33, MALE |
| POLICY NUMBER | ▓▓▓▓ 6 693 | BENEFICIARY | SEE PAGE 4 |

------------- BENEFITS AND PREMIUMS -------------

| BENEFITS | MONTHLY PREMIUM | PREMIUM PERIOD |
|---|---|---|
| LIFE INSURANCE | $502.00 | FOR LIFE |
| DISABILITY PREMIUM WAIVER | 35.00 | TO AGE 65 |
| PAID-UP ADDITIONS | 8.34 | FOR LIFE |

THE FIRST PREMIUM IS $545.34 AND IS DUE ON OR BEFORE DELIVERY OF THE
POLICY. SUBSEQUENT PREMIUMS ARE DUE ON DEC 17, 1988 AND MONTHLY THEREAFTER
DURING THE PREMIUM PERIOD IN ACCORDANCE WITH THE ABOVE PREMIUM TABLE.

---------------- TABLE OF VALUES ----------------
(SEE PAGES 5 AND 6 FOR DETAILS)

| END OF POLICY YEAR | CASH SURRENDER OR LOAN VALUE | REDUCED PAID-UP INSURANCE | EXTENDED TERM INS. YRS. DAYS | | END OF POLICY YEAR | CASH SURRENDER OR LOAN VALUE | REDUCED PAID-UP INSURANCE | EXTENDED TERM INS YRS DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 0 | $ 0 | 0 | 90 | 13 | $ 77,500 | $216,500 | 18 | 72 |
| 2 | 0 | 0 | 0 | 90 | 14 | 85,000 | 230,500 | 18 | 149 |
| 3 | 11,500 | 47,500 | 7 | 166 | 15 | 92,500 | 243,000 | 18 | 188 |
| 4 | 17,500 | 69,000 | 10 | 25 | 16 | 100,000 | 255,000 | 18 | 196 |
| 5 | 23,500 | 89,000 | 12 | 16 | 17 | 108,000 | 267,500 | 18 | 203 |
| 6 | 29,500 | 107,000 | 13 | 196 | 18 | 116,000 | 278,500 | 18 | 184 |
| 7 | 36,000 | 125,000 | 14 | 293 | 19 | 124,000 | 289,500 | 18 | 145 |
| 8 | 43,000 | 143,500 | 15 | 314 | 20 | 132,500 | 300,500 | 18 | 109 |
| 9 | 49,500 | 158,500 | 16 | 185 | AGE 60 | 193,000 | 362,000 | 16 | 194 |
| 10 | 56,500 | 173,500 | 17 | 27 | AGE 62 | 211,500 | 377,000 | 15 | 318 |
| 11 | 63,500 | 189,000 | 17 | 214 | AGE 65 | 239,000 | 396,500 | 14 | 287 |
| 12 | 70,500 | 203,000 | 17 | 350 | AGE 70 | 284,500 | 423,500 | 12 | 327 |

THESE VALUES FOR THE POLICY ASSUME THAT ALL PREMIUMS ARE PAID. THEY DO NOT
REFLECT DIVIDEND CREDITS, PAID-UP ADDITIONS OR LOANS.

WL50(PREFERRED)

126-51-3

PAGE 3
(CONTINUED ON NEXT PAGE)

(1)  HDE-RAE
88-12-07  88-12-07 1459

V.O. DEC 12 88

THIS PAGE TO BE ATTACHED TO AND MADE A PART OF POLICY NUMBER ███ 6 693.

POLICY INFORMATION EFFECTIVE    NOV 17, 1988
REFLECTS APPLICATION DATED    NOV 8, 1988

------------ BENEFITS AND PREMIUMS ------------

| BENEFITS | MONTHLY PREMIUM | PREMIUM PERIOD |
|---|---|---|
| PAID-UP ADDITIONS INSURANCE RIDER | $8.34 | FOR LIFE |

------ PAID-UP ADDITIONS TABLE OF VALUES ------

| POLICY YEAR* | FACE AMOUNT OF PAID-UP ADDITIONS (BEGINNING OF YEAR) | CASH AND LOAN VALUE (END OF YEAR) | POLICY YEAR* | FACE AMOUNT OF PAID-UP ADDITIONS (BEGINNING OF YEAR) | CASH AND LOAN VALUE (END OF YEAR) |
|---|---|---|---|---|---|
| 1 | $ 393 | $ 96 | 35 | $ 8,511 | $ 5,486 |
| 2 | 773 | 195 | 36 | 8,655 | 5,698 |
| 3 | 1,141 | 297 | 37 | 8,795 | 5,911 |
| 4 | 1,496 | 402 | 38 | 8,933 | 6,126 |
| 5 | 1,841 | 512 | 39 | 9,068 | 6,341 |
| 6 | 2,174 | 624 | 40 | 9,201 | 6,556 |
| 7 | 2,496 | 740 | 41 | 9,330 | 6,771 |
| 8 | 2,808 | 860 | 42 | 9,458 | 6,983 |
| 9 | 3,110 | 984 | 43 | 9,583 | 7,193 |
| 10 | 3,403 | 1,111 | 44 | 9,707 | 7,400 |
| 11 | 3,687 | 1,242 | 45 | 9,828 | 7,606 |
| 12 | 3,962 | 1,377 | 46 | 9,948 | 7,811 |
| 13 | 4,228 | 1,515 | 47 | 10,066 | 8,014 |
| 14 | 4,486 | 1,658 | 48 | 10,182 | 8,217 |
| 15 | 4,737 | 1,804 | 49 | 10,297 | 8,418 |
| 16 | 4,980 | 1,955 | 50 | 10,410 | 8,617 |
| 17 | 5,216 | 2,109 | 51 | 10,522 | 8,811 |
| 18 | 5,444 | 2,268 | 52 | 10,632 | 9,002 |
| 19 | 5,667 | 2,430 | 53 | 10,741 | 9,188 |
| 20 | 5,883 | 2,597 | 54 | 10,850 | 9,370 |
| 21 | 6,092 | 2,767 | 55 | 10,957 | 9,549 |
| 22 | 6,296 | 2,940 | 56 | 11,063 | 9,727 |
| 23 | 6,494 | 3,118 | 57 | 11,168 | 9,904 |
| 24 | 6,687 | 3,298 | 58 | 11,273 | 10,083 |
| 25 | 6,875 | 3,482 | 59 | 11,376 | 10,266 |
| 26 | 7,057 | 3,670 | 60 | 11,479 | 10,455 |
| 27 | 7,235 | 3,861 | 61 | 11,580 | 10,656 |
| 28 | 7,409 | 4,056 | 62 | 11,681 | 10,869 |
| 29 | 7,578 | 4,253 | 63 | 11,781 | 11,097 |
| 30 | 7,743 | 4,453 | 64 | 11,879 | 11,339 |
| 31 | 7,904 | 4,656 | 65 | 11,976 | 11,590 |
| 32 | 8,061 | 4,861 | 66 | 12,071 | 11,838 |
| 33 | 8,214 | 5,067 | 67 | 12,166 | 12,166 |
| 34 | 8,364 | 5,276 | | | |

* FOR PURPOSES OF THIS TABLE ONLY WE MEASURE POLICY YEARS FROM THE POLICY INFORMATION EFFECTIVE DATE SHOWN ABOVE.

THESE VALUES FOR THE PAID-UP ADDITIONS ASSUME THAT ALL PREMIUMS FOR THEM ARE PAID IN ACCORDANCE WITH THE ABOVE PREMIUM TABLE. THEY DO NOT REFLECT DIVIDEND CREDITS, WITHDRAWAL OF THE CASH VALUE OF PAID-UP ADDITIONS, OR LOANS.

-------- ENDORSEMENTS --------

AMENDMENT TO 'SUICIDE EXCLUSION': THE 'SUICIDE EXCLUSION' IS AMENDED BY DELETING THE PHRASE 'WHILE SANE OR INSANE.'

S.20-16

WL50 (PREFERRED)

PAGE 3-CONTINUED

(2-2) HDE-RAE
88-12-07  88-12-07 1459

126-51-3



NSC

| POLICY NO. | ☐ 6 693 | ORIG. OFFICE | HDE 03313 | **POLICY SUMMARY** | DATE | 88/12/07 | COLL. OFFICE | RAE |

| INSURED/ANNUITANT NAME | BIRTH DATE | ISS AGE | BIRTH STATE | SEX | RES STATE | MARITAL STATUS | SS OR TAX NO. | CLASS RATING |
|---|---|---|---|---|---|---|---|---|
| MR IOANNIS TRIANTAFILLOU | 55,☐ | 33 | 99 | M | NY | | ☐ | N |

| PREM MODE | BILL TYPE | DIV. ELECT | PT DATE | IRR DATE | SERIES | 1ST OPAI DATE | WP RATE | AC RATE | SPB RATE |
|---|---|---|---|---|---|---|---|---|---|
| MONTHLY | REG | ADN | | | 129 | | STD | | |

| PLAN/OPTIONS | AMOUNT | BASIC PREMIUM | PT PREMIUM | IRR PREMIUM | FLAT EX PREMIUM | TYPE EX | | |
|---|---|---|---|---|---|---|---|---|
| WL50 | 500000 | 502.00* | | | | | OPTIONAL MODES | |
| WP | | 35.00* | | | | | | |
| PUA-MODAL | 393 | 8.34* | | | | | QTRLY | 1,635.02* |
| | | | | | | | SEMIAN | 3,236.04* |
| | | | | | | | ANNUAL | 6,290.08* |
| TOTALS | | 545.34 | | | | | | |

| BENEFICIARY | OWNER | MAILING ADDRESS |
|---|---|---|
| AS STATED IN APPLICATION | MR IOANNIS TRIANTAFILLOU | RT 303 BLAUVELT NEW YORK NY 10913 |

| APP DATE | MED DATE | REG DATE | ISS/DCL DATE | STATE ACCT NO | VOL AMOUNT | REPORTABLE | COMM PREPD |
|---|---|---|---|---|---|---|---|
| 88/11/08 | 88/11/17 | 88/11/17 | 88/12/07 | | 500393 | YES | YES |

| AGENT'S NAME | NUMBER | CONT | %INT | PREPD ELCT | PROD CRED | INIT COMM | TYPE | DIST MANAGER | AM |
|---|---|---|---|---|---|---|---|---|---|
| LIMA | JJ 049376 | 14 | 50 | YES-F | 1728.10 | 1728.10 | OSA | LIMA | 60 050 |
| SARETSKY | MS 090325 | 14 | 50 | YES-F | 1728.10 | 1728.10 | COA | ELBARKLIMA | 61 050 |

| DELIVERY INSTRUCTIONS AND REQUIREMENTS | DELIVERY PER ENDS | CASH COLL | INIT PREMIUM | PUR. CR | AMOUNT TO |
|---|---|---|---|---|---|
| THE CONTRACT STATE IS NY. | 89/02/15 | C 545.33 | 545.34 | COLL | .01 |

THE POLICY LOAN INTEREST DUE IN ADVANCE PERCENTAGE IS 7.4%.

NLIC-28 (4/88)

# TRANSMITTAL/RATING SHEET

☐ REG ☐ ESP ☐ VLI ☑ Unpaid Change
☐ ANN ☐ DI ☐ H.Care ☐ LA

☑ REFERRED A/C   ☑ APPROVED
☐ Pt. 1
☐ Exam _____
☐ Age/Amount _____
☐ Other

**FIRST NAME**          **MIDDLE**          **LAST**
Ioannis Triantafillou

ALPHA ASU & APP #/POLICY # ▮▮▮ 3313

EXAMINER'S NAME

SPECIAL INSTRUCTIONS / ATTACHMENTS:

REQUIREMENTS INITIATED (TYPE AND SOURCE)   DATE INITIATED

☐ TERM CONV
☐ DROP-IN
☐ RESCUE PROGRAM
☐ WOLPER/ROSS

| INSURANCE STATEMENT | PROPOSED INSURED ☐ SMOKER ☐ NON-SMOKER | | | | | PROPOSED ADDITIONAL INSURED | | | 75th DAY: CHILD(REN) | | | CODES | PROPOSED INSURED: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500,000 NEW | BUILD % +5 | | AGE 33 m | | | BUILD % | AGE | | BUILD % | AGE | | | |
| | | DEBIT | CODE | ADB | DPW | | DEBIT | CODE | | DEBIT | CODE | | |
| PREV | BUILD GIRTH F.H. | 100 | | | | BUILD GIRTH F.H. | | | BUILD F.H. | | | | |
| TOT | | | | | | | | | | | | | |
| ADDL | | | | | | | | | | | | | ☐ PROPOSED ADDITIONAL INSURED: |
| TOT | 6 in | | BHOLL M.V.L | | | | | | | | | | |
| OTHER COS. | N | | | | | | | | | | | | |
| TOTAL ALL COS | TOTAL RATING N | | | | | | | | | | | | |

FINAL RATE ___ N ___   ADB _0_ DPW _/_

☐ RTIP/LTIP 2 _____   ☐ SPB ____ ☐ CTI
☐ SEND AUD #

✓ PUA
PUA modal: 8.34
Check prem @ issue

DELIVERY INSTRUCTIONS _____

☐ LIMIT DELIVERY TO: _____
☐ CLASSIFIED a/c _____

RIDERS, CLAUSES:

☐ ACCIDENT RISK

☐ POL. REV

| REIN | CEDING CO | QUAL | OWNER | ASSOC-KEOGH UNIT # | ARMED SERV. PEN. TRUST SA # |
|---|---|---|---|---|---|

| BENEFICIARY INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RELATIONSHIP | SEX 1 | SEX 2 | SETT | CONT | NAME | ☐ ESS ☐ ESM ☐ ESP ☐ ESN | | |
| | | | | | | ☐ 8 ☐ Group Conversion | | |

BENEFICIARY

OWNER'S NAME

| UNDERWRITER'S SIGNATURE *Flannery* | DATE 12/7 | TRANSACTION | ISSUE | PHI/___ | SUB | RES | ISS-PEN | DLR | RFN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOTO 180-311 | | DATE | 12-7 | | | | | | | | |
| | | REVIEWER | CM | | | | | | | | |

| DATE | MESSAGE | REQUIREMENT REQUESTED | REQUIREMENT ATTACHED |
|---|---|---|---|
| '2 5 | Brul attached & updated 5m | | |
| 12 5 | Attach app for PUA into 5m | | |
| 12-6 | app attache pw | | |
| 12/6 | su MVR ord'd & Rec'd @ N | | |
| 12 7 | total liability w/ PUA | 500,000 | |
| 12/7 | See M | | |

| DATE | MESSAGE | REQUIREMENT REQUESTED | REQUIREMENT ATTACHED |
|---|---|---|---|

X                    009          24        MIB

88/12/01 0913    05    REFER    RAE    HDE   03313    ████ 6 693 IT

MR IOANNIS TRIANTAFILLOU        55████ 33   99 NY   M   ████████

WL50     129      500,000    MONTHLY    REGULAR

WP

ADDITIONS

REG DATE 88/11/17   REG PREM        537.00


545.33
.34

AS STATED IN APPLICATION    CSH W APP    545.33 CASH
                                         RES CITY 000
SINGLE SUM              NO

                    NY    88/11/08   MEDICAL        88/11/17

                    ORIGINAL

RT 303 BLAUVELT        N           1

NEW YORK NY   10913

POLICY REVIEWS              ENDORSEMENTS   FORMS  NY
BUREAU CASE   PREPAYMT OVRD   MARKET                 126-51
                                                    126-51-4
                                                    126-51-6
                                                    126-51-8
                                                    R86-114
          PAGE THREE ENDORSEMENTS                   R85-201NY
S.20-16                                             R79-77

500,000.00 050 L 049376   5  50 S 090325   5

    N

# ACKNOWLEDGEMENT AND AUTHORIZATIONS

**UNDERWRITING PROCEDURES.** I have received a statement of the underwriting procedures of The Equitable Life Assurance Society of the United States (Equitable), which describes how and why Equitable obtains information on my insurability, to whom such information may be reported and how I may obtain it. The statement also contains the notice required by the Fair Credit Reporting Act.

**AUTHORIZATIONS.**

**To Obtain Medical Information.** I authorize any physician, hospital, other medical practitioner or facility, insurance company, and the Medical Information Bureau to release to Equitable and its legal representative any and all information they may have about any diagnosis, treatment and prognosis regarding my physical or mental condition.

**To Obtain Non-Medical Information.** I authorize any employer, business associate, government unit, financial institution, Consumer Reporting Agency, and the Medical Information Bureau to release to Equitable and its legal representative any information they may have about my occupation, avocations, finances, driving record, character and general reputation.

I authorize Equitable to obtain investigative consumer reports, as appropriate.

Date **Nov. 8, 1988**

**To Use and Disclose Information.** I understand that the information that I authorize Equitable to obtain will be used by Equitable to help determine my insurability or my eligibility for benefits under an existing policy.

I authorize Equitable to release information about my insurability to its reinsurers, my Equitable Agent, and to the Medical Information Bureau, all as described in the statement of Equitable's underwriting procedures, or to other persons or businesses performing business or legal services in connection with my application or claim of eligibility for benefits, or as may be otherwise lawfully required or as I may further authorize.

I understand that I have the right to learn the contents of any report of information (through my physician, in the case of medical information).

**COPY OF AUTHORIZATIONS.** I have a right to ask for and receive a true copy of this Acknowledgement and Authorizations signed by me. I agree that a reproduced copy will be as valid as the original.

**DURATION.** I agree that these authorizations will be valid for 12 months from the date shown below.

Signature(s)

 
## 1. Proposed Insured   a. Print name to appear on policy.

IOANNIS     TRIANTAFILLOU
First     Middle Initial     Last

b. ☒Mr. ☐Miss ☐Mrs. ☐Ms. ☐Other Title_____
c. List all current occupations—Give Title(s) and Duties
CO-OWNER T.I.P.I. RESTAURANTS INC·
Manuyerial duties ot Restaurant

## 2. Plan      Amount
of Insurance

WHOLE LIFE 50      $ 500,000

## 3. Optional Benefits

☐ Accidental Death Benefit*(Specify Amount):    $_____
☒ Disability Premium Waiver*
☐ Automatic Premium Loan (Not for Term policies, or while premiums are paid monthly)
☐ Option to Purchase Add'l Ins. (Issue ages to 37 only): $_____
Term Riders: (Only one may be elected for Insured. None available if Proposed Insured is a Child (Issue Age 0-14)
   **Decreasing Term**
     ☐ Family Income: _____Years    $_____ Per Month
     ☐ Mortgage Prot.: _____Years   Initial Amt.: $_____
   Renewable Term
     ☐ On Insured:    $_____
     ☐ On Additional Insured (See page 2):    $_____
     ☐ Children's Term (See page 2):   $_____ Units_____
*If Proposed Insured is a Child (Issue Age 0-14) see Limitations on p.2.
OPAI and Decreasing Term not available for ESP.

## 4. Beneficiary for Insurance on Proposed Insured. Include Full Name and Relationship to Proposed Insured.

STAVRIANI TRIANTAFILLOU, MOTHER AND
CHRISTOFOROS TRIANTAFILLOU, BROTHER, EQUALLY·

Unless otherwise requested, the contingent beneficiary will be the surviving children of the Insured, in equal shares. If none survive, payment will be made to the Insured's estate.
**The Beneficiary under any Term Insurance Rider** on an Additional Insured or on a Child will be as stated in those riders, unless otherwise designated in Special Instructions.

## 5. Owner Owner's Soc. Sec. or Tax No. ████

The Owner is ☒ Proposed Insured
☐ Applicant for Child (See 10.c.)
☐ Other (Give Full Name):

If "Other", complete the following:
☐Mr. ☐Miss ☐Mrs. ☐Ms. ☐ Other Title_____
Relationship to Insured_____
Specify a successor Owner if desired

If the Proposed Insured or the Applicant for a Child is not the Owner and if all persons designated die before the Insured, the Owner will be the estate of the last of such persons to die except where the Insured is a Child (see Note in 10.c.).

## 6. Mailing Address ☒Business (Give Full Name) ☐Residence

| B | L | A | U | V | E | L | T | | G | O | A | C | H | | D | I | N | E | R |

| R | T | | 3 | 0 | 3 | | B | L | A | U | V | E | L | T | | | | | |
No.      Street      Apt.

| N | E | W | | Y | O | R | K | | | | | | | | | 1 | 0 | 9 | 1 | 3 |
State      City      Zip

---

d. Date of Birth ____ ████ 19 55
     Month   Day   Year
e. Age Nearest Birthday ____ 33
f. Place of Birth: State of ____ GREECE
g. Residence: State of ____ New York
h. ☒ Male    ☐ Female

## 7. Premium Payment Plan

☐ Annual    ☐ Semi-Annual    ☐ Quarterly
☒ Monthly    ☐ System-Matic (Attach S-M Form)
☐ Single
☐ Military Allotment: Branch ____
     Register Date____
☐ Salary Allotment: Register Date ____
   Unit Name ____
   Unit/Sub-Unit No. if established:

| | | | | | | | | | |

Divisible by ☐ 2 ☐ 4 Payroll No. ____
☐ Hold Premium $_____

## 8. Dividend Election

☐ Economatic Type Policies
☒ Additions*      ☐ Premiums
☐ Accumulations      ☐ Cash
☐ Plan 'AD'     }    Term Dividend
☐ Plan 'B'     }    Provision**
   *Not Available for Term policies
   **Not Available for Term policies or ESP.

## 9. Special Instructions

a. ☐ Preliminary Term to: ____
     Month   Day   Year
b. ☐ Date to save insurance age: ____
c. Other:
BASIC Policy COST $ 502.00/MO.
D.P.W.        35.00/MO
PUA RIDER      8.33/MO.

**OTHER INFORMATION—Has any Person Proposed for Insurance:**

**14.a.** Ever had a driver's license suspended or revoked or, within the last three years, been convicted of two or more moving violations or driving under the influence of alcohol or drugs? (Give full details—including dates, types of violation, and reason for license suspension or revocation.)  ☐ Yes ☒ No

**b.** Any plan to travel or reside outside the U.S.? (Give full details.)  ☐ Yes ☒ No

**c.** Any other life insurance now in effect or application now pending? (State companies and amounts.) ☐ Yes ☒ No

**d.** Smoked cigarettes within the last 12 months?  ☐ Yes ☒ No

**15.a.** In the last year flown other than as a passenger or plan to do so?  ☐ Yes ☒ No
If yes: Total flying time at present_____ Hours; Last 12 mos._____ Hours; Next 12 mos._____ Est. Hours. (Complete Aviation Supplement for pilot instruction; competitive, test, stunt or military flying; or crop dusting.)

**b.** Engaged within the last year, or any plan to engage in motor racing on land or water, underwater diving, sky diving, ballooning, hang-gliding or parachuting? (If yes, complete Avocation Supplement.)  ☐ Yes ☒ No

**c.** Ever had an application for life or health insurance declined, that required an extra premium or was otherwise modified? (Give full details.) ☐ Yes ☒ No

**d.** Replaced or changed any existing insurance or annuity (or any plan to do so) assuming the insurance applied for will be issued? (State companies, plans and amounts.)  ☐ Yes ☒ No

**Answer Questions 16, 17 and 18 only if Non-Medical.**

**16.** Proposed Insured: Height _5_ Ft. _11_ In. Weight _175_ lbs.
Additional Insured: Height_____ Ft.____ In. Weight_____ lbs.

**Has any Person Proposed for Insurance:**

**17.a.** Ever been treated for or had any indication of heart trouble, stroke, high blood pressure, chest pain, diabetes, tumor or cancer? (Give full details.)  ☐ Yes ☒ No

**b.** In the last 5 years, consulted a physician, or been examined or treated at a hospital or other medical facility? (Include medical check-ups in the last 2 years. Do not include colds, minor virus infections, minor injuries, or normal pregnancy.) (Give full details.)  ☐ Yes ☒ No

**18.a.** In the last 10 years used barbiturates, amphetamines, hallucinatory drugs or narcotics? (Give full details.)  ☐ Yes ☒ No

**b.** In the last 10 years received counseling or treatment for the use of alcohol or drugs? (Give full details.)  ☐ Yes ☒ No

**19. DETAILS.** For each yes answer give Question number, name of person(s) affected and full details. *For 17 and 18 also include conditions, dates, durations, treatment and results, and names and addresses of physicians and medical facilities.*

| No. | Name of Person Affected | Details |
|---|---|---|
|  |  |  |

**20. Complete if First Premium is Paid or a Payroll Deduction Authorization is Signed Before the Policy is Delivered:**
Have the undersigned read and do they agree to the conditions of The Equitable's Temporary Insurance Agreement, including (i) the requirement that all of the conditions in that Agreement must be met before any insurance takes effect, and (ii) the $250,000 insurance amount limitation? ☒ Yes ☐ No *(If "No," a premium may not be paid nor a payroll deduction authorization signed before the policy is delivered.)*
☒ **Amount Paid:** $ _545.33_ *(Draw checks to order of The Equitable.)*   ☐ **Payroll deduction authorization signed.**

**AGREEMENT.** Each signer of this application agrees that:

(1) The statements and answers in all parts of this application are true and complete to the best of my knowledge and belief. The Equitable may rely on them in acting on this application.

(2) The Equitable's Temporary Insurance Agreement states the conditions that must be met before any insurance takes effect, if the full first premium for the policy applied for is paid, or a payroll deduction authorization is signed, before the policy is delivered.

(3) Except as stated in the Temporary Insurance Agreement, no insurance shall take effect on this application: (a) until a policy is delivered and the full first premium for it is paid, or a payroll deduction authorization is signed, while the Proposed Insured is living; (b) before any Register Date specified in this application; and (c) unless to the best of my knowledge and belief the statements and answers in all parts of this application continue to be true and complete, without material change, as of the time such premium is paid or a payroll deduction authorization is signed.

(4) No agent or medical examiner has authority to modify this Agreement or the Temporary Insurance Agreement, nor to waive any of The Equitable's rights or requirements. The Equitable shall not be bound by any information unless it is stated in application Part 1, 1A or 2.

Dated at _Blauvelt, NY_ on _11-8_ 19_86_
　　　　　City　　　　State

(X) _Loarvis Trisylahlta_
Signature of Proposed Insured (Employee for ESP) or of Applicant if Proposed Insured is a Child, Issue Age 0-14.

_____
Signature of Additional Insured if required.

_____
Signature of Purchaser if not Proposed Insured or Applicant. (If corp. show firm's name and signature of authorized officer.)

**Signature of Agent** _John J. Lima_

180-301L

3

## 10. Complete if Proposed Insured is a Child (Issue Ages 0-14).

a. Will there be more life insurance in effect on the Child than on any older child in the family?   ☐ Yes  ☐ No
If yes, explain: _____
_____

b. **Applicant-Complete if other than the Child.**
i. _____
   First Name      Middle Initial      Last Name
ii. ☐Mr. ☐Miss ☐Mrs. ☐Ms. ☐Other Title_____
iii. Date of Birth_____ _____ 19____
   Month      Day      Year
iv. ☐ Male   ☐ Female
v. Relationship to Child:_____
vi. Total Life Insurance now in effect: $ _____

c. **Owner.** If the Applicant is to be the Owner, after the Applicant's death the Child will be the Owner unless otherwise designated in Special Instructions (in any such designation include Owner's **Full Name, Relationship** to Child, and Social Security or Tax Number).
NOTE: *Consider designating an adult secondary Owner to*

*reduce the chance of a minor Child becoming the Owner. If all persons designated die before the Child, the Owner will be the Child.*

d. **Optional Benefit On Applicant.**
☐ Supplemental Protective Benefit. Give Applicant's:
i. Age Nearest          ii. Place of
   Birthday _____      Birth _____
                                   State
iii. Height_____Ft.____In. Weight_____lbs.
iv. Occupations- Give Title(s) and Duties: _____
_____
*Also answer questions on page 3 as to Applicant.*

e. *Limitations On Child's ADB and DPW Benefits.*
If the Accidental Death Benefit is applied for on the Child, the benefit is payable only if the Child dies after the Child's first birthday.
If the Disability Premium Waiver Benefit is applied for on the Child, the benefit is effective only if the Child becomes totally disabled on or after the Child's 5th birthday.

## 11. Complete for Children's Term Rider.

☐ For Fixed Amount under ESP: Give names of Children below.
☐ For Any Other Amount or Plan: Give Names of Children below <u>and</u> answer the Questions on page 3 as to each Child.

CHILDREN PROPOSED FOR INSURANCE:
NOTE: To be eligible, children (including stepchildren and legally adopted children) must not yet have reached their 18th birthday. Coverage does not begin until a child is 15 days old.

| First Name | Middle Initial | Last Name | Sex | Mo. | Day | Yr. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Date of Birth*

## 12. Complete for Renewable Term Rider on Additional Insured.

Complete below <u>and</u> answer the Questions on page 3 as to the Additional Insured.

☐ For ESP, the Additional Insured is to be the Spouse (subject to the Spouse amount limit).

**PROPOSED ADDITIONAL INSURED**
a. Print name as it is to appear on the Policy.

_____
   First      Middle Initial      Last
b. List all current occupations—Give Title(s) and Duties.
_____
_____
_____

c. Date of Birth: Mo._____Day_____Yr. 19____
d. Age Nearest Birthday _____
e. Place of Birth: State of_____
f. Residence: State of _____
g. ☐ Male   ☐ Female
h. Owner's Relationship to Additional Insured: _____

## 13. Complete if Using Existing Option to Purchase Insurance.

a. If Option is under Individual Policy:
i. Policy No._____ ii. Option Date_____
iii. Option Amount: $_____
iv. ☐ Regular Option or
   ☐ Option on Birth or Adoption of Child
   Child's Name _____
   Date of Birth or Adoption_____
v. If applying for Disability Premium Waiver, is Proposed Insured now totally disabled as defined in the Disability Premium Waiver provision of the above policy? ☐Yes ☐No

b. If Option is under Group Policy:
i. Policy No._____ ii. Option Date_____

iii. Employer's Name_____
iv. Maximum Amt. Available Under Option: $_____

This application is made under a provision in the policy indicated above permitting the purchase of individual life insurance (the "Option Provision").

If this application is made within the time allowed and in accordance with the other terms in the Option Provision, including timely payment of the full first premium for the option insurance, then the option insurance shall take effect upon the terms of the policy The Equitable would issue. Otherwise, the option insurance shall not take effect.

Answer the Questions on page 3 *only if evidence of insurability is required* in connection with an optional benefit or any excess of the insurance amount applied for over the insurance amount permitted by the Option Provision (the option insurance).

# AGENT'S REPORT

(Complete 1-11 if Regular business.
Complete 7-14 if ESP. Print in black ink.)

| Pol. No. | Batch No. | Inq. No. |
|---|---|---|

**3. Marketing Information.**

a. **Purpose** - Check One:

Business Insurance

- [ ] 1. Split Dollar
- [X] 2. Purchase Agreement
- [ ] 3. Section 303
- [ ] 4. Keyperson Indemni-fication
- [ ] 5. Deferred Compensa-tion/ Income Contin-uation
- [ ] 6. Estate Planning

Personal Insurance

- [ ] 7. Family Income
- [ ] 8. Mortgage
- [ ] 9. Retirement
- [ ] 10. Education Funds
- [ ] 11. Emergency
- [ ] 12. Other

b. **Source** - Check One:

- [X] 1. Client (Incl. Family)
- [ ] 2. Orphan
- [ ] 3. Cold Canvass
- [ ] 4. Direct Mail/Adv.
- [ ] 5. Referred Lead
- [ ] 6. Friend/Neighbor
- [ ] 7. Other

**1. Purchaser:**

a. If the Purchaser is other than the Insured/Applicant/a Trust, give the Purchaser's Annual Income $ _____
b. If the Purchaser is a Corporation or Partnership, also state names of officers/partners and amounts of insurance on their lives owned by the Purchaser. _____

**2.**
a. How long have you known the Insured? _2 YEARS_
b. Your relationship to the Insured, if any. _NONE_
c. If the Insured is a Child (Issue Ages 0-14) when did you last see the child? _____

**4. Proposed Insured's** (If Insured is a Child, Issue Age 0-14, complete as to Applicant):
a. Name _IOANNIS TRIANTAFILLOU_    b. Date of Birth (Month) _6_ (Day) _7_ (Year) ✓✓
c. Annual Earned Income $ _50,000_    d. Previous Married or Maiden Name _____
e. Residence: *If rural residence, state road and distance to nearest town (P.O. Box Unacceptable)*

| | Number and Street | City and State | Zip | County | Years at Residence |
|---|---|---|---|---|---|
| Current | 6 KIRCHNER DR. | WEST NYACK, N.Y. | 10994 | ROCKLAND | 4 YRS |
| Previous* | | | | | |

*If less than two years at current address

f. Business Address:

| Employer | Number and Street | City and State | Zip | County | Years With |
|---|---|---|---|---|---|
| BLAUVELT COACH DINER | RT. 303 | BLAUVELT, NY | | ROCKLAND | 5 YEARS |

g. Bank Name, Branch Location & Acct. No. **(Only on applications over $100,000)** _MARINE MIDLAND - BLAUVELT N.Y. ACCT # ▮▮▮▮▮3059_
**Submit form 153-300 for applications over $250,000.**

**5.** If Insured is a Child (Issue Age 0-14):   Residence
Child's Name: _____   Address: _____   Date of Birth: (Mo.) ___ (Day) ___ (Yr.) 19___

**6. Allotment:** Unit Name _____   Allotor's ID No. _____
Allotor's Name if not the Insured _____

**7. Production Credits**
(Print) Agent's Name(s)

| (Service Agent) | Initial of Last Name | Number | % Int. | ASU to Check 4 | 5 |
|---|---|---|---|---|---|
| JOHN J. LIMA | L | 0493176 | 50 | α | |
| MICHAEL SARETSKY | S | 0910325 | 50 | α | |
| | | | | | |

**8. REMARKS:** _____

**9.** Telephone No. where we can reach Proposed Insured (Applicant if Proposed Insured is a Child, or Employee if ESP):
[X] Business (914) 359-5159
[ ] Home ( )

**10.** *Will any existing insurance or annuity be replaced or changed (or has it been) assuming the insurance applied for will be issued?*   [ ] Yes [X] No

**11.** Except for any medical Part 1A or Part 2, I certify that I have asked and recorded completely and accurately the answers to all questions on the application and I know of nothing affecting the risk that has not been recorded herein.

[X] have
I [ ] have not witnessed the signature(s) required on Part 1.

Signature _John J. Lima_   Date _11-8-88_
Agency & Code No. _James Obi_ 080   District _61_

**12.** ESP-Employer/Unit Name _____
Employee's Name _____   ID No. _____
**13.** If the Employee is not the Proposed Insured:
Proposed Insured's Name _____   and relationship to Employee _____
**14.** Employee's Annual Earned Income $ _____

| APP. NO HDE | 03313 | ASU Recd. | 11/15/88 | Date to RSC | 11/30/88 | Med. Date | 11/17/88 | RSC Recd. | 9 1988 |
|---|---|---|---|---|---|---|---|---|---|

| OFF. USE | |
|---|---|

Unit/Sub-
1. Unit No. | | | | | | | | |   Unit Due Day _____
Divisible by [ ] 2 [ ] 4 [ ] Hold Premium $ _____   Coll. RSC _____

2. [ ] Cash $ _____   [ ] Signed, no settlement   [ ] Unsigned
[ ] Note Dated _____   [ ] Dividend   [ ] 237
[ ] Payroll Deduction Card
3. [ ] Campaign   4. MIL. CODE _____
5. [ ] Preliminary Term or   [ ] Irregular To _____
6. [ ] Annual [ ] Semi [ ] Quarterly [ ] Monthly [ ] Single [ ] S-M [ ] Mil
10. Insured's Occupation _____
11. *Preliminary Action*   [ ] Approved [X] Referred By _JO_

7. Plan _____   [ ] AC $ _____   SIP
Face Amount _____
RTIP-Insd _____
MORT-Yrs. _____
FI-Yrs. _____   $/mo. $ _____
Initial Liability $ _____

[ ] WP   [ ] SPB   [ ] APL
[ ] Children's Term _____ units
[ ] RTIP-Addl. Ins. $ _____
[ ] OPAI
8. Volume Amount $ _____
9. [ ] Inspection Initiated

LIFE-301L   SUB _____   EDIT _____   ISS _____   — 4 —

# DATAFLO SYSTEMS
## DRIVER RECORD INFORMATION

### an Equifax Company
A Dataflo Systems Service

500,000

Obtained by DATAFLO SYSTEMS, on customer's behalf, from the state of
motor vehicle records. Identification of driver based on information submitted.

NEW YORK

| | |
|---|---|
| TRIANTAFILOU,I | 71569/APP #   HDE 03313 |
| KIRSCHNER DR | |
| NYACK NY 10994 | |
| COUNTY: ROCK | |

| | REPORT DATE | | |
|---|---|---|---|
| [redacted] | 11/30/88 | 335 AL 000142 | 000099NEC |

| | |
|---|---|
| | 80 |

| DATE | SEX | HEIGHT | WT | EYES | HAIR | |
|---|---|---|---|---|---|---|
| [redacted] | 55 | M | | | | |

## DRIVER LICENSE INFORMATION

| ISSUED | EXPIRES | STATUS |
|---|---|---|
| | 06/07/92 | |

## MISCELLANEOUS AND STATE SPECIFIC INFORMATION

## DRIVING RECORD

| | CONV. | VIOLATION DATE | DESCRIPTION |
|---|---|---|---|
| CONV | 05/03/86 | 04/11/86 | PASSED RED LIGHT        COUNTY: QUEE |
| | | | COURT: 50    BATCH ID#: 6041100871    FINE: 50 |

*Kopy*
*11-4-88*
*approved plan*

EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES
STANDARD LEDGER STATEMENT
Whole Life 50

PREPARED FOR : JOHN TRINTAFILLOU
MALE NONSMOKER AGE 33
DIVIDENDS APPLIED TO PAID UP ADDITIONS FOR 32 YEARS
THEN APPLIED TO REDUCE PREMIUM

FACE AMOUNT: $ 500,000
ANNUAL PREMIUM: $ 6,290.00
INCLUDES PUA RIDER PAYMENT

| POLICY YEAR | AGE | EFFECTIVE PREMIUM | GUAR CASH VALUE | CASH VAL DIVIDEND ADDITIONS | PAID UP ADD RIDER CASH VAL | FACE OF DIVIDEND ADDITIONS | PAID UP ADD RIDER FACE AMT | TOTAL CASH VALUE | TOTAL DEATH BENEFIT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 33 | 6,290 | 0 | 0 | 99 | 0 | 408 | 99 | 500,408 |
| 2 | 34 | 6,290 | 0 | 0 | 201 | 0 | 802 | 460 | 501,060 |
| 3 | 35 | 6,290 | 11,500 | 270 | 307 | 1,800 | 1,183 | 12,473 | 503,377 |
| 4 | 36 | 6,290 | 17,500 | 697 | 417 | 4,426 | 1,552 | 19,412 | 506,776 |
| 5 | 37 | 6,290 | 23,500 | 1,565 | 530 | 9,495 | 1,909 | 26,922 | 512,730 |
| 6 | 38 | 6,290 | 29,500 | 3,026 | 647 | 17,540 | 2,254 | 35,064 | 521,684 |
| 7 | 39 | 6,290 | 36,000 | 5,144 | 767 | 28,497 | 2,588 | 44,390 | 533,563 |
| 8 | 40 | 6,290 | 43,000 | 7,972 | 891 | 42,227 | 2,912 | 54,830 | 548,105 |
| 9 | 41 | 6,290 | 49,500 | 11,436 | 1,019 | 57,936 | 3,225 | 65,499 | 564,703 |
| 10 | 42 | 6,290 | 56,500 | 15,656 | 1,151 | 75,885 | 3,529 | 77,400 | 583,506 |
| 11 | 43 | 0 | 63,500 | 14,165 | 1,188 | 65,717 | 3,529 | 83,974 | 574,366 |
| 12 | 44 | 0 | 70,500 | 13,676 | 1,226 | 60,756 | 3,529 | 90,934 | 569,816 |
| 13 | 45 | 0 | 77,500 | 13,590 | 1,264 | 57,830 | 3,529 | 98,330 | 567,334 |
| 14 | 46 | 0 | 85,000 | 13,958 | 1,304 | 56,916 | 3,529 | 107,550 | 567,733 |
| 15 | 47 | 0 | 92,500 | 14,820 | 1,344 | 57,928 | 3,529 | 116,994 | 569,787 |
| 16 | 48 | 0 | 100,000 | 16,241 | 1,385 | 60,871 | 3,529 | 127,103 | 573,877 |
| 17 | 49 | 0 | 108,000 | 18,273 | 1,427 | 65,695 | 3,529 | 138,465 | 579,988 |
| 18 | 50 | 0 | 116,000 | 20,996 | 1,469 | 72,435 | 3,529 | 150,628 | 588,125 |
| 19 | 51 | 0 | 124,000 | 24,467 | 1,513 | 81,031 | 3,529 | 163,679 | 598,258 |
| 20 | 52 | 0 | 132,500 | 28,773 | 1,557 | 91,524 | 3,529 | 178,209 | 610,430 |
| 21 | 53 | 0 | 141,000 | 33,984 | 1,602 | 103,891 | 3,529 | 193,789 | 624,622 |
| 22 | 54 | 0 | 149,000 | 40,925 | 1,648 | 120,315 | 3,529 | 209,998 | 642,268 |
| 23 | 55 | 0 | 158,000 | 49,049 | 1,694 | 138,762 | 3,529 | 228,470 | 662,018 |
| 24 | 56 | 0 | 166,500 | 58,435 | 1,740 | 159,180 | 3,529 | 247,732 | 683,766 |
| 25 | 57 | 0 | 175,500 | 69,169 | 1,787 | 181,537 | 3,529 | 268,879 | 707,488 |

Initial Premium

| Benefits Included | Annual | Semi-Annual | Quarterly | Regular Monthly | Special Monthly |
|---|---|---|---|---|---|
| Base Policy | 5,780.00 | 2,976.00 | 1,505.00 | 502.00 | 501.00 |
| * PUA Rider | 100.00 | 50.00 | 25.00 | 8.33 | 8.33 |
| DPW | 410.00 | 210.00 | 105.00 | 35.00 | 35.00 |

This illustration is not valid without accompanying SUPPLEMENTAL FOOTNOTE PAGE.
Dividends, or any figures depending upon them, are illustrations based on the Equitable's
1988 dividend scale applicable to currently issued policies, which reflect interest
earnings on policies issued since January 1, 1987. The dividends are neither guaranteed
nor estimates. Future dividends will depend on experience.

Policy value columns which are not specifically referred to as guaranteed include
non-guaranteed elements(i.e., dividends) in whole or in part.

APP.#          HDE03313                   ADR DATE   11/30/1988
PROPOSED INSURED    TRIANTAFILLOU, IOANNIS

OFFICE USE BOX

1. Unit/Sub-Unit No.     **NI**    Due Date **NI**      Hold Prem. **NI**

2. Settlement                      Cash |    $545.33  Coll LIC **NI**

3. Campaign            N

4. Military Status    **NI**

5. Preliminary Term To  **NI**

6. Premium Payment Plan

        MONTHLY

7. Plan   WL50            Face Amount    $500,000

   Features     DPW            PUA

   Initial Liability          $500,004

8. System Calculated Volume    $500,000

   Manually Calculated Volume   **NI**

   Is Supplement to Application Part 1 attached ?    Y

11. Preliminary Action -  Referred  A/C
           MEDICAL                 TOTAL LIABILITY AMOUNT
           BHORL                    REQUIREMENTS

   ASU Received Date         11/15/1988

REQUIREMENTS DATA

| REQUIREMENT | REQUEST DATE | WAIVED OR RECEIVED | WAIVED/REC'D DATE |
|---|---|---|---|
| MOTOR VEHICLE REPORT | 11/15/1988 | **NI** | **NI** |
| BLOOD SPECIMEN HOME OFFICE REF LAB | 11/15/1988 | **NI** | **NI** |
| LARGE AMOUNT SUPPLEMENT | 11/15/1988 | RECEIVED | 11/15/1988 |

## SUPPLEMENT TO APPLICATION PART 1
**FOR:** ☒ **The Equitable Life Assurance Society of the United States**
☐ **The Equitable Variable Life Insurance Company**

**Note:** *This Supplement must be completed by the Person Proposed for Insurance in all cases. No application for life insurance will be accepted without this Supplement.*

Please complete the following:

1. Has any Person Proposed for Insurance ever been diagnosed by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC)? Give full details below. ☐ Yes ☒ No

2. Has any Person Proposed for Insurance ever been treated by a member of the medical profession for AIDS or ARC? Give full details below. ☐ Yes ☒ No

Details. _____

_____

_____

_____

_____

_____

The above statements and answers are true and complete to the best of my knowledge and belief. I agree that such statements and answers shall be made a part of the application for insurance. The Insurer may rely on them in acting on this application.

Dated at _Blauvelt,_ _N.Y._ on _11-8_ 19 _88_
(City) (State)

_Costanti Trianfahler_
Signature of Proposed Insured, or Applicant if Proposed Insured is a Child

_____
Signature of Additional Insured

_John J. Lima_
Signature of Agent

180-311A

# Application Part 2

☒ To The Equitable Life Assurance Society of the United States
☐ Or To Equitable Variable Life Insurance Company

(180-M205M)

Reason for submission of this form: ☒ New Policy    ☐ Policy Change    ☐ Reinstatement

1. a. Proposed Insured (Please Print)    First Name: _IOANNIS_    Middle Initial    Last Name: _TRIANTAFILLOU_
   b. Height: _5_ ft. _9_ in.
   c. Weight: _180_ lbs.
   d. Birth Date: Mo. ▮ Day ▮ Yr. _55_
   e. ☒ Male   ☐ Female

2. a. Name and address of personal physician (or medical facility used instead): (If none, so state) _NONE_
   b. Date and reason last consulted if within the last 5 years: _____
   c. What treatment was given or recommended? (If none, so state) _____

3. Has Proposed Insured ever been treated for or ever had any known indication of: (Circle items that apply)    Yes   No

   a. Disease or disorder of eyes, ears, nose or throat? ☐ ☒
   b. Dizziness, fainting, convulsions; paralysis or stroke; psychiatric, psychological or emotional problem or disturbance; mental or nervous disease or disorder? ☐ ☒
   c. Shortness of breath; blood spitting; bronchitis, asthma, emphysema, tuberculosis or other chronic respiratory disease or disorder? ☐ ☒
   d. Chest pain, palpitation, high blood pressure, rheumatic fever, heart murmur, heart attack or other disease or disorder of the heart or blood vessels? ☐ ☒
   e. Ulcer, hernia, colitis, intestinal bleeding; jaundice, hemorrhoids, or other disease or disorder of the stomach, intestines, liver or gallbladder? ☐ ☒
   f. Sugar, albumin, blood or pus in urine; stone or other disease or disorder of kidney or bladder? ☐ ☒
   g. Diabetes; cyst, tumor, or cancer; thyroid or glandular disorder; skin disease or disorder? ☐ ☒
   h. Neuritis, arthritis, gout, or disease or disorder of the muscles or bones, including the back, or joints? ☐ ☒
   i. Deformity, lameness or amputation? ☐ ☒
   j. Allergies; anemia; other blood or lymph disease or disorder? ☐ ☒
   k. Disorder of prostate, reproductive organs, breasts, menstruation or pregnancy? ☐ ☒

4. Is Proposed Insured now under observation or taking treatment? ☐ ☒

5. Has Proposed Insured:
   a. Ever used barbiturates, amphetamines, hallucinatory drugs, heroin, opiates or other narcotics, except as prescribed by a physician? ☐ ☒
   b. Ever received counseling or treatment regarding the use of alcohol or drugs? ☐ ☒

6. Other than as stated in answers to Questions 2-5, has Proposed Insured within the last 5 years:
   a. Consulted or been examined or treated by any physician or practitioner? ☐ ☒
   b. Had any illness, injury, or surgery? ☐ ☒
   c. Been a patient in or been examined or treated at a hospital, clinic, sanatorium, or other medical facility? ☐ ☒
   d. Had electrocardiogram, X-ray, or other diagnostic test? ☐ ☒
   e. Been advised to have any diagnostic test, hospitalization, treatment or surgery which was not completed? ☐ ☒

7. Has Proposed Insured's weight changed by more than 10 pounds in the last 6 months? ☐ ☒

8. Have any of the Proposed Insured's parents, brothers or sisters ever had cancer, diabetes, high blood pressure or heart disease before age 60? If yes, specify person and condition. ☐ ☒

| 9. Family History: | Age if Living | Cause of Death | Age at Death |
|---|---|---|---|
| Father | 28 | Old Age | 71 |
| Mother | 70 | | |
| Brothers (1) and Sisters | 44 | good Health | |

DETAILS FOR YES ANSWERS. Include:
i. Question Number.
ii. Diagnosis and Treatment.
iii. Results.
iv. Dates and Duration.
v. Names and Addresses of all attending physicians and medical facilities.

The above statements and answers are true and complete to the best of my knowledge and belief. I agree that such statements and answers shall be part of the application for insurance or request for policy change or reinstatement, as the case may be. The Insurer may rely on them in acting on the application or making the policy change or reinstatement.

Dated at _BLAUVELT NY_ on _Nov. 17_ 19_88_    Signature: _Ioannis Triantafillou_
    (city)     (state)         Signature of Proposed Insured

Witness: _And._

180-M205M          (Ed. 2-87)

# Medical Examiner's Report
## To The Equitable Life Assurance Society of the United States
## Or To Equitable Variable Life Insurance Company

| 10.a Height (Without shoes) | 10.b. Weight (Clothed) | 10.c. Chest (Full Inspiration) | Chest (Forced Expiration) | Abdomen, at Umbilicus | Details of "Yes" answers (Identify item.) |
|---|---|---|---|---|---|
| 5 ft. 9 in. | 180 lbs. | 44 in. | 43 in. | 36 in. | |

**NOV 2 8 REC'D**

10. d. Did you weigh? ☑ Yes ☐ No  10. e. Did you measure? ☑ Yes ☐ No

11. Blood Pressure—Record 1st Reading. If reading exceeds 140 systolic and/or 90 diastolic, obtain and record 2nd and 3rd Readings at 5 min. intervals.

| | 1st Reading | 2nd Reading | 3rd Reading |
|---|---|---|---|
| Systolic | 105 | | |
| Diastolic — 5th phase | 70 | | |

12. Heart: Is there any:

Enlargement ☐ Yes ☑ No   Dyspnea ☐ Yes ☑ No
Murmur(s) ☐ Yes ☑ No   Edema ☐ Yes ☑ No
(Describe below — if more than one, describe separately)

| | 1st Murmur | 2nd Murmur |
|---|---|---|
| Constant | ☐ | ☐ |
| Inconstant | ☐ | ☐ |
| Transmitted | ☐ | ☐ |
| Localized | ☐ | ☐ |

Indicate:
Apex by X
Murmur area by ○
Point of greatest intensity by O
Transmission by ↻

Specify Location: [ ]

| | | |
|---|---|---|
| Systolic | ☐ | ☐ |
| Presystolic | ☐ | ☐ |
| Diastolic | ☐ | ☐ |
| Soft (Gr. 1-2) | ☐ | ☐ |
| Mod. (Gr. 3-4) | ☐ | ☐ |
| Loud (Gr. 5-6) | ☐ | ☐ |

For comments and your impression:

After exercise:
| | | |
|---|---|---|
| Increased | ☐ | ☐ |
| Absent | ☐ | ☐ |
| Unchanged | ☐ | ☐ |
| Decreased | ☐ | ☐ |

13. Pulse:

| | At Rest | After Exercise | 3 Minutes Later |
|---|---|---|---|
| Rate | 80 | 93 | 85 |
| Irregularities per min. (indicate O, if none) | 0 | 0 | 0 |

14. Is there on examination any abnormality of the following: (Circle applicable items and give details.)

| | Yes | No |
|---|---|---|
| (a) Eyes, ears, nose, mouth, pharynx? (If vision or hearing markedly impaired, indicate degree and correction.) | ☐ | ☑ |
| (b) Skin (incl. scars); lymph nodes; varicose veins or peripheral arteries? | ☐ | ☑ |
| (c) Nervous system (include reflexes, gait, paralysis)? | ☐ | ☑ |
| (d) Respiratory system? | ☐ | ☑ |
| (e) Abdomen (include hernias and scars)? | ☐ | ☑ |
| (f) Genitourinary system (include prostate)? | ☐ | ☑ |
| (g) Endocrine system (include thyroid and breasts)? | ☐ | ☑ |
| (h) Musculoskeletal system (include spine, joints, amputations, deformities)? | ☐ | ☑ |

15. Are you aware of additional medical history? ☐ Yes ☑ No
(A confidential report may be sent to the Medical Department)

16. Urinalysis: Test used (Dip Stick, Clinitest, etc.) _____
Specific gravity: _____

| | Yes | (Am't) | No |
|---|---|---|---|
| a. Is protein present? | ☐ | ( ) | ☑ |
| b. Is sugar present? | ☐ | ( ) | ☑ |
| c. Is blood present? | ☐ | ( ) | ☑ |
| d. Is a specimen being sent to the Laboratory? | ☑ | | ☑ |

Send Specimen (with completed identification slip) To Laboratory If:
(1) urine tested is abnormal, or
(2) any genitourinary disease is or has been present.

IMPORTANT: This report is the property of the Insurer and must be mailed immediately to the Agency Service Manager. It should not be given to any other person.

State in which you are licensed to practice medicine? __ny__   Type of practice? ☑ General ☐ Specialty

I made the examination reported above on __NOV. 17__ 19_88_ at _BLAUVELT COACH DINER, RT. 303 SOUTH, BLAUVELT, NY_
Time of exam _____ ☑ A.M. ☐ P.M.   date   address
Are you related to the Applicant or Agent? ☐ Yes ☑ No  (Signature) _____ M.D.
Name of Agent: _OB1 John LIMA_   Address: INDEPENDENT HEALTH REPORTS, INC.

Before Mailing, Please Review Entire Report To Make Certain That Every Question Has Been Answered