# **<u>Exhibit V</u>**

# January 30, 2003 Correspondence

NATIONAL OPERATION CENTER

ASGNC115  Confirmation without Values
CAPS - Traditional

January 30, 2003

Louis & Marie T Zoto
1006 Ingram Court
Ambler PA  19002

████████████████  693
        Insured -    Mr Ioannis Triantafillou


The collateral assignment you sent us has been recorded and a copy is enclosed for your records.

You will receive **COPIES** of all premium and lapse notices for **INFORMATION** purposes only.

There is an existing Assignment in favor of CIT Small Business Lending which was executed on November 08, 2002.  Annual Premiums are paid to November 17, 2003.

If you have any questions or if we may be of further assistance, please contact us by visiting our website at www.equitable.com (available 24 hours a day) or by calling our VRU at (888) 855-5100.  To reach a customer service representative directly, please call (800) 777-6510 during our business hours of 8:00 a.m. to 9:00 p.m. (Eastern Time).

                              Patricia Selinger
                              Policy Service


Enclosures:     i/Assignment Request

cc:     JJ Lima @ MNB


THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE US    P.O. BOX 1047, CHARLOTTE, NORTH CAROLINA 28201-1047