# **Exhibit W**

March 4, 2024 Email

# Donna Tillis

| | |
|---|---|
| **From:** | Donna Tillis |
| **Sent:** | Wednesday, March 6, 2024 6:06 AM |
| **To:** | Louis Lipsky; Otoz4@comcast.net |
| **Cc:** | Kim Smith |
| **Subject:** | RE: 2003 Assignment of Life Insurance Policy as Collateral |
| **Attachments:** | Life Claim Form 323.pdf |

Good morning,

Attached is a claim form.  Please return it to me.

Thanks,
Donna



**DONNA TILLIS   PARTNER**
donna.tillis@nelsonmullins.com

**MERIDIAN | 17TH FLOOR**
**1320 MAIN STREET | COLUMBIA, SC 29201**
T 803.255.9327   F 803.256.7500
**NELSONMULLINS.COM**   VCARD   VIEW BIO

---

**From:** Louis Lipsky <LLipsky@LipskyBrandt.com>
**Sent:** Monday, March 4, 2024 9:41 AM
**To:** Donna Tillis <donna.tillis@nelsonmullins.com>; Otoz4@comcast.net
**Cc:** Kim Smith <kim.smith@nelsonmullins.com>
**Subject:** RE: 2003 Assignment of Life Insurance Policy as Collateral

> **Unfamiliar Sender Notification**
>
> You have not previously or recently corresponded with this sender. Use caution if corresponding to this email, following any instructions, clicking links or attachments.

Good morning and thank you for your email.  I will be representing Mr. and Mrs. Zoto, the Assignee of Life Insurance Policy number 6693 on the life of Mr. Triantafillou, in this matter.  My review of the Assignment notes in Section F that the Insurer is authorized to recognize the Assignee's claims to rights under the policy without investigating the reason for any action taken by the Assignee or the validity or the amount of the Liabilities or the existence of any default therein.  Nor is the Insurer authorized to investigate the application made by the Assignee of any amounts to be paid to the Assignee.

      Accordingly, please forward the claim forms for the policy benefits to my attention so that the Zotos may make a claim pursuant to the Assignment dated January 22, 2003.

Thank you,

Louis Lipsky

Louis I. Lipsky, Esquire
Lipsky and Brandt
1101 Market Street
Suite 2820
Philadelphia, PA 19107
Telephone:  (215) 922-6644
Facsimile:  (215) 440-7185

www.lipskybrandt.com

---

**From:** Donna Tillis <donna.tillis@nelsonmullins.com>
**Sent:** Friday, March 1, 2024 7:58 PM
**To:** Otoz4@comcast.net
**Cc:** Louis Lipsky <LLipsky@LipskyBrandt.com>; Kim Smith <kim.smith@nelsonmullins.com>
**Subject:** 2003 Assignment of Life Insurance Policy as Collateral

Louis and Rosemarie,

Thanks for speaking with me today.  As discussed, please find attached the letter sent by my office today regarding the 2003 Assignment of Life Insurance Policy as Collateral.

Louis Lipsky, I am copying you as counsel to the Zotos.  Louis Zoto authorized this direct communication.

Please provide information/documents related to the underlying loan related to the Assignment and the status of same.

Thanks,
Donna


NELSON MULLINS

---

**DONNA TILLIS   PARTNER**
donna.tillis@nelsonmullins.com

MERIDIAN | 17TH FLOOR
1320 MAIN STREET | COLUMBIA, SC 29201
T 803.255.9327   F 803.256.7500
NELSONMULLINS.COM   VCARD   VIEW BIO

---

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.