# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUITABLE FINANCIAL LIFE INSURANCE COMPANY,<br><br>　　　　　Interpleader Plaintiff,<br><br>v.<br><br>ALYSHA TRIANTAFILLOU, ALYSHA TRIANTAFILLOU AS ADMINISTRATRIX OF THE ESTATE OF IOANNIS TRIANTAFILLOU, TAMMY THANOS, CHRISTINA STEFANOPOULOS,<br><br>　　　　　Interpleader Defendants. | C.A. No.: 7:23-cv-07905-PMH |

## PROPOSED ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT

The above-entitled case having come before the Court upon the request filed by Nelson Mullins Riley & Scarborough, attorneys for Plaintiff Equitable Financial Life Insurance Company ("Equitable"), to deposit a sum of money with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1 and upon notice to Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou, Tammy Thanos, and Christina Stefanopoulos (collectively, the "Adverse Claimants") and the Court having considered the request,

**ORDERED** that Equitable's application to deposit a sum of money with the Court is hereby granted; and it is further

**ORDERED** that Equitable shall distribute to the Clerk of Court a check equal to the sum of $500,000.00 (the "Death Benefits"), plus applicable interest, if any, representing the death benefit due as a result of the death of Ioannis Triantafillou in connection with the life insurance policy bearing number xxxx6693 (the "Policy") issued by Equitable (the "Interpleader Funds"); and it is further

**ORDERED** that the Clerk of Court shall deposit the Interpleader Funds into an interest-bearing account pending further direction from the Court; and it is further

**ORDERED** that the Clerk shall deduct a fee for the handling of the funds consistent with that authorized by the Judicial Conference of the United States and as set by the Director of the Administrative Office; and it is further

**ORDERED** that upon deposit of the Interpleader Funds, Equitable shall be discharged of all liability in connection with the Policy and Death Benefits and all claims against Equitable relating to the Policy and Death Benefits shall be dismissed with prejudice; and it is further

**ORDERED** that upon deposit of the Interpleader Funds, the Adverse Claimants are hereby enjoined from instituting or prosecuting any claims or actions against Equitable in any forum seeking payment of the Death Benefit or payment related to the Policy; and it is further

**ORDERED** that Equitable preserves its right to move and recover attorneys' fees and costs; and it is further

**ORDERED** upon deposit of the Interpleader Funds, Equitable shall be dismissed from this action, with prejudice; and it is further

**ORDERED** that a copy of this order shall be served upon the Clerk of this Court, or upon the financial deputy of the Court.

**SO ORDERED.**

Dated: White Plains, New York
       June 20, 2024

_____
PHILIP M. HALPERN
UNITED STATES DISTRICT COURT