UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY,

Docket No. 7:23-CV-07905

                  Plaintiff(s),

-against-

ALYSHA TRIANTAFILLOU, ALYSHA

TRIANTAFILLOU AS ADMINISTRATRIX

OF THE ESTATE OF IOANNIS TRIANTAFILLOU,

TAMMY THANOS, CHRISTINA STEFANOPOULOS

                  Defendant(s).

STIPULATION TO
ADJOURN
DEFENDANTS' JOINT
PRETRIAL ORDER

------------------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the Defendant,

ALYSHA TRIANTAFILLOU, individually and ALYSHA TRIANTAFILLOU AS

ADMINISTRATRIX OF THE ESTATE OF IOANNIS TRIANTAFILLOU, through its'

attorneys, SHIRYAK BOWMAN ANDERSON GILL & KADOCHNIKOV LLP, Defendant,

TAMMY THANOS, through its' attorneys, MORRISON & TENEBAUM, PLLC, and

Defendant, CHRISTINA STEFANOPOULOS, through its' attorneys RESIMAN RUBEO, LLP

(collectively "Defendants'") as follows:

WHEREAS, the Defendants' joint  pretrial order is due;

WHEREAS, the Defendants' have agreed to participate in a settlement conference

tentatively scheduled on May 29, 2025;

WHEREAS, the Defendants' have agreed to adjourn the date of submission of the joint pretrial order and additional pretrial submissions to 30 days after the completion of the settlement conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

1.  that the deadline for Defendants to submit joint pretrial order is hereby adjourned to thirty (30) days after the completion of the settlement conference.

2.  This stipulation may be signed by facsimile or any other digital means and the copies of the signatures may be used and have the same force and effect as original signatures.

Dated: May 16, 2025

SHIRYAK BOWMAN ANDERSON                     MORRISON & TENENBAUM,
GILL & KADOCHNIKOV LLP                      PLLC

/s/Alexander Kadochnikov          /s/ Joshua S. Androphy
Alexander Kadochnikov, Esq.                 Joshua S. Androphy, Esq.
*Attorneys for Defendant, Alysha*           *Attorneys for Defendant, Tammy Thanos*
*Triantafillou, individually and as*        87 Walker Street, Fl 2
*Administratrix of the Estate of Ioannis*   New York, NY 10013
*Triantafillou*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415

REISMAN RUBEO, LLP

/s/ Mark Reisman
Mark Reisman, Esq.
*Attorneys for Defendant, Christina Stefanopoulos*
151 Broadway
Hawthorne, NY 10532

SO ORDERED:

ENTER: _____
                Judge Philip M. Halpern