UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY,

                  Plaintiff,                 **SCHEDULING ORDER**

       -against-                  23 Civ. 7905 (PMH) (AEK)

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU as Administratrix of the Estate
Of Ioannis Triantafillou, TAMMY THANOS, and
CHRISTINA STEFANOPOULOS,

                 Defendants.
--------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     This matter is hereby scheduled for a video settlement conference before Magistrate

Judge Andrew E. Krause on **Thursday, May 29, 2025, at 9:30 a.m.**

     On or before **May 27, 2025**, the parties must each submit a confidential, *ex parte* letter

not to exceed five (5) pages in length.  The letter must summarize (i) the history of settlement

negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the

rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for

the conference.  Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

     Parties—not just the attorneys—must attend the settlement conference.

     This conference will be conducted by video, using Microsoft Teams.  A link and

instructions will be provided to the parties by email prior to the conference.  Should anyone

experience any technical issues with the videoconferencing system, please contact Chambers at

(914) 390-4070.

Dated: May 16, 2025
        White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge