# Reisman Rubeo, LLP
-Attorneys & Counselors at Law-

Mark I. Reisman
Mark A. Rubeo, Jr.*
—

*admitted in NY, CT & DC

Propp

> Application granted. The parties' motions *in limine* pursuant to Rule 6.B.iii of the Court's Individual Practices, if any, shall be filed by July 30, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         June 23, 2025

**VIA ECF**
Hon. Philip M. Halpern
U.S. District Court, Southern District of
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Equitable Financial Life Insurance Company v. Triantafillou
            Index #: 7:23-cv-7905 (PMH)

Dear Judge Halpern:

    This office represents Interpleader Defendant Christina Stefanopoulos in this action. I am writing to seek clarification and/or modification of the So-Ordered Stipulation, dated May 19, 2025 (ECF No. 87), in which the Court set a June 30, 2025 deadline for the parties' pre-trial submissions required by 6.A, 6.B and 6.D of Your Honor's Rules of Individual Practice.

    We anticipate that it may be necessary to file a motion in limine in this action, pursuant to Rule 6.B.iii. However, we are not yet certain what evidence Interpleader Defendant Alysha Triantafillou, in her individual capacity and as Administratrix of the Estate of Ioannis Triantafillou, intends to rely on at trial. While we will be conferring with all counsel in the preparation of the proposed Joint Pretrial Order, we do not expect to have a final list from counsel of his intended evidence until very shortly before June 30.

    We respectfully request clarification from the Court whether the submissions to be made on June 30 include motions in limine. Further, if such motions are presently included within the scope of the submissions to be made by that date, we respectfully request that the Court modify its May 19, 2025 Order to allow the parties until July 30, 2025 to file any motions in limine pursuant to 6.B.iii of

Your Honor's Rules of Individual Practice. This will provide all counsel with time to assess the other parties' proposed evidence, and to prepare motions in limine more specifically tailored to the proposed evidence herein.

Respectfully submitted,

*/s/ Sharman T. Propp*

Sharman T. Propp

cc:  All counsel via ECF