# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 25, 2025

**Via ECF**
The Hon. Phillip Halpern
United States District Court, [Southern District of New York]
Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601

    Re: *Equitable Financial Life Insurance Company v. Triantafillou et al.*
       Index No. 7:23-7905 (PMH)

Dear Judge Halpern:

    We represent the Interpleader Defendant Tammy Thanos in the above-referenced matter and write jointly with all other Interpleader Defendants to request an extension of the deadlines set forth in the so-ordered Stipulation to Adjourn Defendants' Joint Pretrial Submissions. (Dkt. No. 87)

    On May 19, 2025, the Court so-ordered a stipulation which set the deadline for the submission of the joint pretrial submissions required by Rules 6.A, 6.B, and 6.D of the Court's Individual Practices to June 30, 2025. On June 23, 2025 the Court granted a motion to extend the deadline to submit motions in limine pursuant to Rule 6.B.iii of the Court's Individual Practices to July 30, 2025. (Dkt. No. 90)

    On June 19, 2025, Interpleader Defendant Alysha Triantafillou as Administratrix of the Estate of Ioannis Triantafillou filed a letter motion seeking a pre-motion conference to compel joinder of Christoforos Triantafillou as an additional party, or to dismiss the interpleader action. (Dkt. No. 88) Interpleader Defendants Christina Stefanopoulos and Tammy Thanos filed a response in opposition on June 23, 2025. (Dkt. No. 91)

    The proposed motion by Alysha Triantafillou has the potential to alter the scope of the trial and the parties' pre-trial submissions. We therefore respectfully request that the Court extend the deadline for submission of the joint pretrial submissions required by Rules 6.A, 6.B, and 6.D of the Court's Individual Practices from June 30, 2025 to July 30, 2025, and the deadline for submission of motions in limine from July 30, 2025 to August 29, 2025.

    This is the second request to extend the deadline for submission of pretrial materials. The Court previously granted a request to extend the deadline to allow time for a settlement conference.

    We thank the Court for its attention to this matter.

                                                 Respectfully Submitted,

                                               */s/ Joshua S. Androphy*

Joshua S. Androphy, Esq.

Case 7:23-cv-07905-PMH    Document 93    Filed 06/25/25    Page 2 of 2