# Exhibit A

# (Request for Change of Beneficiary and Confirmation)

# REQUEST FOR CHANGE OF BENEFICIARY TO

☑ AXA EQUITABLE LIFE INSURANCE COMPANY
☐ AXA LIFE AND ANNUITY COMPANY
☐ MONY LIFE INSURANCE COMPANY OF AMERICA (MLOA)

## DO NOT RETURN THE POLICY WITH THIS REQUEST

BEFORE COMPLETING THIS REQUEST, PLEASE READ THE INSTRUCTIONS ON THE COVER PAGE AND THE PROVISIONS ON THE NEXT PAGE OF THIS FORM.

POLICY NUMBER (S) ▮▮▮▮ 6693 - ▮▮▮▮ 3620

INSURED/ANNUITANT'S NAME __IOANNIS  TRIANTAFILLOU__
First            Middle            Last

## CHANGE OF BENEFICIARY:

THE CHANGE OF BENEFICIARY SHOULD INCLUDE: FULL NAME OF NEW BENEFICIARY, RELATIONSHIP TO INSURED/ANNUITANT, ADDRESS, SOCIAL SECURITY NUMBER and TELEPHONE NUMBER OF ALL NAMED BENEFICIARIES. If the proposed Beneficiary or Owner is a Trust, the date of the Trust Agreement or the number of the Trust must be furnished. Our liability under the policy ceases when we make payment to a Trustee or succeeding designated payee.

Primary Beneficiary (ies) – Name, relationship, address, SS#, phone #

ALYSHA BAYER-DAUGHTER  55▮ ▮▮▮▮
432 J. SOMERSET DRIVE
PEARL RIVER, N.Y. 10965   phone ▮▮▮▮

JOINT

Contingent Beneficiary (ies) – Name, relationship, address, SS#, phone #

CHRISTOPHER TRIANTAFILLOU, BROTHER
TIROS KYNDURIAS           No Soc. SEC. #
GREECE,  TOT. 22029

Are any of the named beneficiaries above a Viatical or Life Settlement Company?  ☐ YES    ☐ NO

---

### THIS CHANGE IS SUBJECT TO THE PROVISIONS ON THE NEXT PAGE

X  X _Ioannis Triantafillou_          Date: 5 - 18 - 2009
                                            Month /   Day /   Year

X _____          Date: _____
**SIGNATURE OF OWNER (S)**                   Month /   Day /   Year
(See signature requirements on cover page)

---

### FOR AXA EQUITABLE/AXA LIFE AND ANNUITY/MLOA USE ONLY

AXA Equitable/AXA Life and Annuity/MLOA certifies that this change has been recorded.

Date: _____          By: _____

Important: Please use typewriter or ballpoint pen. Please print clearly. Avoid erasures or alterations. When we have recorded the change, we will return a copy of the form signed by us as evidence of the change.

Item #325-2811                                    Catalog #137177 (01/07)

June 4, 2009

Mr Ioannis Triantafillou
Apt 3J
151 S Highland Ave
Ossining NY  10562

Policy Nos:          ███6 693 & ███3 620
Insured:             Mr Ioannis Triantafillou

# [Your Beneficiary Changes

Dear Mr Ioannis Triantafillou:

Thank you for the opportunity to be the service provider for your insurance needs.  As requested, we have prepared the enclosed beneficiary provisions.  These documents should be retained with your policies.

Please note that policy ███6 693 was incorrectly listed as ███6693 in the request we received.  We have reviewed our records and determined the correct policy number as the one listed above.

## What to do next

There is no further action required at this time.  If you have any questions about this information, please call us at **1-800-777-6510**.  Assistance is readily available Monday through Friday during business hours of 8:00 a.m. to 7:00 p.m. (Eastern Time).  You may also view your policy information via www.axaonline.com.

Sincerely,
Diana Stephens
Polciy Service

D / ABV
Enclosure:  wp/153-17 Bene Rider (2)

cc: John J Lima @ MNB

**THE AXA EQUITABLE LIFE INSURANCE COMPANY**
P.O. BOX 1047, CHARLOTTE, NORTH CAROLINA 28201-1047

## BENEFICIARY PROVISION

**LIFE OF: Mr Ioannis Triantafillou**                    **POLICY NO:** ███ 6 693

FIRST BENEFICIARIES:                    The Insured's daughter, ALYSHA
                                        BAYER and the Insured's brother,
                                        CHRISTOPHER TRIANTAFILLOU.

The proceeds shall be paid in a single sum in equal shares to such of the First
Beneficiaries as shall be living at the death of the Insured.

A change of beneficiary under this policy will automatically revoke this Beneficiary Provision.

FOR AXA EQUITABLE USE ONLY

AXA Equitable certifies this change has been recorded.

Dated:  July 1, 2025                              NATIONAL OPERATION CENTER

**IMPORTANT - THIS COPY TO BE RETAINED WITH POLICY**

153-17

## BENEFICIARY PROVISION

**LIFE OF: Mr Ioannis Triantafillou**                    **POLICY NO:** ████ 3 620

FIRST BENEFICIARIES:                    The Insured's daughter, ALYSHA
                                        BAYER and the Insured's brother,
                                        CHRISTOPHER TRIANTAFILLOU.

The proceeds shall be paid in a single sum in equal shares to such of the First
Beneficiaries as shall be living at the death of the Insured.

A change of beneficiary under this policy will automatically revoke this Beneficiary Provision.

FOR AXA EQUITABLE USE ONLY

AXA Equitable certifies this change has been recorded.

Dated:  July 1, 2025                    NATIONAL OPERATION CENTER

**IMPORTANT - THIS COPY TO BE RETAINED WITH POLICY**

153-17