

Btzalel Hirschhorn, Esq.

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
[...]ill, Esq.
[...]ov, Esq.
[...]Esq.

> Application denied.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 11, 2025

**Via ECF**
The Honorable Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

    **Re:**  *Equitable Financial Life Insurance Company v. Triantafillou et al.*
          Docket No. 7:23-7905

Dear Judge Halpern,

    This firm represents Alysha Triantafillou, and Alysha Triantafillou as Administratrix of The Estate of Ioannis Triantafillou ("Ms. Triantafillou") in the above-captioned matter.

    I write respectfully to request an adjournment of the conference currently scheduled for July 15, 2025. The reason for the requested adjournment is that I have a scheduling conflict on that date. This is the first request for an adjournment of this conference, and all parties consent to the requested relief.

    We respectfully request that the Court adjourn the conference to a later date convenient for the Court.

    Thank you for your consideration of this request.

                                           Sincerely,

                                           /s/ Kadochnikov
                                           _____
                                           Alexander Kadochnikov