```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EQUITABLE FINANCIAL LIFE
INSURANCE COMPANY,

                        Interpleader Plaintiff,        ORDER

            -against-                                  23-CV-07905 (PMH)

ALYSHA TRIANTAFILLOU, et al.,

                        Interpleader Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared by telephone today for a pre-motion conference. After hearing from the parties, for the reasons stated and as discussed on the record, the Court ruled as follows:

(1) Interpleader Defendant Alysha Triantafillou, and Alysha Triantafillou as Administratrix of The Estate of Ioannis Triantafillou's ("Alysha") motion (Doc. 88) for the Court to enter an order (i) directing stakeholder-Plaintiff Equitable Financial Life Insurance Company to join Christoforos Triantafillou as a defendant, or (ii) in the alternative, dismissing the interpleader complaint without prejudice for failure to join a required party is DENIED.

(2) Interpleader Defendants Christina Stefanopoulos and Tammy Thanos's joint application (Doc. 91) for leave to file a motion to dismiss or summary judgment motion dismissing Alysha's crossclaim is DENIED.

(3) Alysha is directed, **by July 22, 2025**, to file an amended Answer adding Christoforos Triantafillou as a party defendant to this interpleader action with no other changes.

(4) Alysha is directed, **by August 29, 2025**, to effectuate service on Christoforos Triantafillou.

The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 88.

Dated: White Plains, New York
      July 15, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge