

> Application granted.
>
> SO ORDERED.
>
> _[signature]_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         July 24, 2025

**Via ECF**
The Honorable Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

      **Re:**   *Equitable Financial Life Insurance Company v. Triantafillou et al.*
              Docket No. 7:23-7905

Dear Judge Halpern,

     This firm represents Alysha Triantafillou, and Alysha Triantafillou as Administratrix of The Estate of Ioannis Triantafillou ("Ms. Triantafillou") in the above-captioned matter. With consent of all the parties this matter, I am writing to request an extension of the parties joint pre-trial submissions.

     Pursuant to the Court's June 25, 2025 Order (ECF No. 101), the parties' joint pretrial submissions pursuant to Your Honor's Individual Practices Rules 6A, 6B, and 6D are currently due on July 30, 2025. The parties jointly request that the deadline for submissions under Rules 6B and 6D be extended to August 30, 2025. The parties will still timely file their joint submission pursuant to Rule 6A by the current deadline of July 30, 2025.

     The reason for this request is that on July 22, 2025, pursuant to the Court's Order (ECF No. 101), Ms. Triantafillou filed an Amended Answer adding Christoforos Triantafillou as an additional cross-claim defendant and requested issuance of a summons. As of this filing, a summons has not yet been issued.

     Christoforos Triantafillou is believed to reside near Tyros, Greece. Service on him must be effectuated pursuant to the Hague Service Convention, which requires a formal request to be transmitted to the Central Authority of Greece. The Central Authority then effectuates or arranges for service under Greek law. In addition, the pleadings and related materials—including the complaint and amended answer—must be translated into Greek before submission, which will require additional time.



| Btzalel Hirschhorn, Esq. | ● | Matthew J. Routh, Esq. | ● | Nicholas Neocleous, Esq. |

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

    Given these circumstances, the parties respectfully submit that good cause exists to grant this modest extension. This is the third request for an extension of the pretrial submission deadlines. All parties consent.

    We thank the Court for its consideration of the request.

                                            Sincerely,

                                            /s/ Kadochnikov

                                            Alexander Kadochnikov