UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

EQUITABLE FINANCIAL LIFE
INSURANCE COMPANY,

**PROPOSED JOINT PRE-TRIAL ORDER**

Interpleader Plaintiff,

- against -

Index No. 7:23-cv-07905-PMH

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX
OF THE ESTATE OF IOANNIS
TRIANTAFILLOU, TAMMY THANOS,
CHRISTINA STEFANOPOULOS, ROSEMARIE
ZOTO, LOUIS ZOTO,

Interpleader Defendants.

------------------------------------------------------------------------- X

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX
OF THE ESTATE OF IOANNIS
TRIANTAFILLOU,

Cross-Claim Plaintiffs,

-against-

CHRISTOFOROS TRIANTAFILLOU,

Cross-Claim Defendant.

------------------------------------------------------------------------- X

Interpleader Defendants ALYSHA TRIANTAFILLOU ("Ms. Triantafillou"), ALYSHA

TRIANTAFILLOU AS ADMINSTRATRIX OF THE ESTATE OF IOANNIS

TRIANTAFILLOU ("Triantafillou Estate") (collectively, the "Triantafillou Defendants"),

TAMMY THANOS ("Ms. Thanos") and CHRISTINA STEFANOPOULOS ("Ms. Stefanopoulos"), by their respective attorneys, submit the following proposed Joint Pre-Trial Order pursuant to Rule 6A of the Individual Practices in Civil Cases of Hon. Philip M. Halpern, United States District Judge for the Southern District of New York.[1]

i. <u>Caption</u> – The full caption of the action is set forth above.

ii. <u>Time for Cases in Chief</u>

Triantafillou Defendants: 2 days

Ms. Thanos: 2 hours

Ms. Stefanopoulos: _____3 hours_____

iii. <u>Trial Counsel</u>

<u>For Triantafillou Defendants:</u>
Alex Kadochnikov, Esq.
Shiryak, Bowman, Anderson, Bill & Kadochnikov, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, New York 11415
akadochnikov@gkfirm.law
718-577-3261 (office)
718-744-2455 (fax)
718-415-7489 (mobile)

<u>For Ms. Thanos:</u>
Joshua S. Androphy, Esq.
Morrison and Tenenbaum, P.C.
87 Walker Street, Ste Floor 2
New York New York 10013
jandrophy@m-t-law.com
(212) 620-0938 (office)
646-539-8228(mobile)

---

[1] By Notice dated June 13, 2024 (ECF No. 66), the claims of Interpleader Plaintiff EQUITABLE FINANCIAL LIFE INSURANCE COMPANY ("EQUITABLE") against Interpleader Defendants ROSEMARIE ZOTO and LOUIS ZOTO were dismissed with prejudice. By Order dated June 20, 2024 (ECF No. 69), as made effective on July 3, 2024 by EQUITABLE's deposit of $500,000 with the Court, EQUITABLE was dismissed from the action, with prejudice. Additionally, on or about July 22, 2025, the Triantafillou Defendants filed new cross-claims against CHRISTOFOROS TRIANTAFILLOU ("Christoforos") (ECF No. 108, as corrected), pursuant to the Court's July 15, 2025 Order (ECF No. 101). Christoforos has not yet been served. Therefore, the only parties submitting this Proposed Joint Pretrial Order are the Triantafillou Defendants, Ms. Thanos and Ms. Stefanopoulos. The undersigned counsel do now know the extent to which Christoforos will participate in the trial.

For Ms. Stefanopoulos:
Mark I. Reisman, Esq.
Reisman Rubeo, LLP
151 Broadway
Hawthorne, New York 10532
mreisman@rrllplaw.com
(914) 495-3050 (office)
(914) 495-3051 (fax)
(914) 715-7081 (mobile)

iv.    Basis for Subject Matter Jurisdiction

This is a statutory interpleader action brought by Equitable Financial Life Insurance Company pursuant to 28 U.S.C. §1335.  As alleged in the Amended Complaint, there is minimal diversity jurisdiction and the amount in controversy exceeds $500.00 (See Amended Complaint – ECF No. 51 - ¶¶9, 10).

v.    Itemization of Parties' Claims and Defenses

Triantafillou Defendants

Ms. Triantafillou asserts that the purported change of beneficiary designating Defendant Rentoulis was procured by fraud and/or forgery and is therefore void. She seeks a declaratory judgment that, as a result, the proceeds of the policy should be paid to the Estate of Ioannis Triantafillou. She further contends that the decedent lacked capacity to effectuate a valid change of beneficiary and that the change was the product of undue influence.

Ms. Thanos

Claims: (1) Tortious interference with contract against Triantafillou Defendants, and (2) declaratory judgment that Ms. Thanos is a rightful beneficiary of the life insurance proceeds of the Insured.

Ms. Stefanopoulos

3

This is an interpleader action to determine the proper beneficiaries of a $500,000 life insurance policy on the life of Ioannis Triantafillou, deceased. Ms. Stefanopoulos seeks a judgment that she is the rightful beneficiary of 50% of the proceeds of Equitable's life insurance policy on the life of the Ioannis Triantafillou.

vi.    <u>Statement With Respect to Jury Trial and Length of Trial</u>

<u>Triantafillou Defendants</u>

Non-jury trial

<u>Ms. Thanos</u>

Non-jury trial

<u>Ms. Stefanopoulos</u>

Non-Jury Trial: There is no right to a trial by jury in a statutory interpleader action brought pursuant to 28 U.S.C. §1335. See 28 U.S.C. §2861; *Mobley v. Metropolitan Life Ins. Co.*, 907 F. Supp. 495499 (Dist. D.C. 1995).

Estimate of Trial Duration:

1-4 days

vii.    <u>Trial By Magistrate</u>

The parties do not all consent to trial of the case by a magistrate judge.

viii.    <u>Stipulations of Fact and Law</u>

On or about November 17, 1988, Equitable issued a life insurance policy bearing number xxxx6693 in the amount of $500,000.00 on the life of Ioannis Triantafillou ("Decedent").

Decedent died on or about November 29, 2022.

ix.    <u>List of Witnesses</u>

<u>Triantafillou Defendants</u>

| Witness Name | Witnesses Role | Court time | Any objections |
|---|---|---|---|
| Alysha Triantafillou | Party Defendant Cross-Claimant. Will Testify regarding Ioannis Triantafillou | ~4 hours | |
| Bart Baggett | Handwriting expert. Will testify regarding the handwriting on the change of beneficiary form | 4 hours | Rights reserved to object to qualification of expert and/or use of hearsay as basis for expert opinion(s). Reserve right to object to expert testimony based upon failure to timely disclose. |
| Equitable Representative | Testimony regarding subpoenaed records | 2 hours | Rights reserved to object to admissibility of documents and testimony based upon foundation and whether exceptions to rule against hearsay properly demonstrated. |
| Restaurant depot representative | Testimony regarding subpoenaed records | | Objection based upon relevance of identified witness and failure to previously identify this witness during disclosure. |
| Stefan Stefanopoulos | Signatory to the application for Restaurant Depot | | Objection based upon relevance of identified witness and failure to previously identify this witness during disclosure. |
| Geore Bouigas | Dr. At Paladdion rehabilitation center. Testimony regarding Ioannis being at the rehabilitation center | 30 minutes | Objection based upon, among other things, failure to previously identify this witness during pretrial disclosure. Other rights reserved based upon nature of testimony. |
| Angie J. Manolis | Greek attorney who personally knew the decedent while he was in Greece | 1 hour | Objection based upon, among other things, failure to identify this witness during disclosure, relevance of proposed testimony. Rights reserved with respect to hearsay and related evidentiary objections. |

Ms. Thanos

1. Tammy Thanos. Tammy Thanos will provide direct testimony by declaration. She

   will testify concerning her knowledge of Ioannis Triantafillou and his relationship

with her parents Nikolaos Rentoulis and Dina Rentoulis, her submissions of a claim

as beneficiary of the insurance proceeds, and

2. Ruth Brayer. Will provide testimony by declaration, to rebut the testimony of the

Triantafillou Defendants' expert witness. (Triantafillou Defendants Object)

3. Representative of Equitable Financial Life Insurance Company. Will authenticate

documents and describe Equitable's policies and procedures. Approximate time 30

minutes.

<u>Ms. Stefanopoulos</u>

1. Christina Stefanopoulos will provide direct testimony by declaration. She will testify concerning her knowledge of Ioannis Triantafillou and his relationship with her parents Nikolaos Rentoulis and Dina Rentoulis.

2. Ruth Brayer. Will provide testimony by declaration, to rebut the testimony of the Triantafillou Defendants' expert witness (Triantafillou Defendants Object)

3. Representative of Equitable Financial Life Insurance Company. Will authenticate documents and describe Equitable's policies and procedures

x. <u>Unavailable witnesses</u>

<u>Triantafillou Defendants</u>

None

<u>Ms. Thanos</u>

None.

<u>Ms. Stefanopoulos</u>

None.

xi. <u>Exhibits</u>

<u>Triantafillou Defendants</u>

See Spreadsheet (Exhibit A)

<u>Ms. Thanos</u>

A.  Ioannis Triantafillou Insurance Application (Ex. A to Complaint)

B.  Ioannis Triantafillou Insurance Policy (Ex. B to Complaint)

C.  New Address Request re: Ioannis Triantafillou Insurance Policy (Ex. C to Complaint) (Triantafillou Defendants object as hearsay and lack of authentication)

D.  April 23, 2020 Correspondence and Illustration (Ex. D. to Complaint) (Triantafillou Defendants object as hearsay and lack of authentication)

E.  May 22, 2020 Beneficiary Change Form (Ex. E to Complaint) (Triantafillou Defendants object as hearsay and lack of authentication)

F.  Death Registration of Ioannis Triantafillou (Ex. G to Complaint)(Christina Rentoulis Stefanopoulos objects to the admissibility of this document because it is hearsay, because the cause of death is irrelevant and because it contains medical diagnoses which, she contends, would require expert testimony to be admissible. Ms. Rentoulis-Stefanopoulos does stipulate that, to the best of her knowledge, Ioannis Triantafillou is deceased and that he passed away in November 2022.

G.  December 13, 2022 Correspondence Tammy Thanos and Equitable (Ex. H to Complaint.

H.  March 16, 2023 Correspondence Tammy Thanos and Equitable (Ex I to Complaint) (Christina Rentoulis-Stefanopoulos objects to the admissibility of the death certificates of Ioannis Triantafillou and her parents, Nikolaos and Dina Rentoulis because, for among other reasons, the causes of death are irrelevant, because the diagnoses, and

because they are hearsay. Ms. Rentoulis does, as indicated above, stipulate that Mr. Triantafillou passed away in November 2022 and that her parents predeceased him

I.  July 14, 2024 Correspondence Equitable and Scott Nicolas (Ex. K to Complaint) (Triantafillou Defendants object as hearsay and lack of authentication)

<u>Ms. Stefanopoulos</u>

Equitable Life Insurance Policy (Exhibit B to Complaint)

Beneficiary Change Form dated May 22, 2022 (Exhibit E to Complaint)

Claim submission paperwork relating to Tammy and Christina's claims to proceeds (Exhibits H, I and Q to Amended Complaint) (Triantafillou Defendants object as hearsay and lack of authentication)

xii.  <u>Relief Sought</u>

<u>Triantafillou Defendants</u>

Judgment for the full value of policy and accrued interest

<u>Ms. Stefanopoulos</u>

Judgment that Ms. Stefanopoulos is a rightful beneficiary under the insurance policy and directing payment of fifty percent of the death benefit of the insurance policy, plus accrued interest.

<u>Ms. Thanos</u>

Judgment that Ms. Thanos is a rightful beneficiary under the insurance policy and

directing payment of fifty percent of the death benefit of the insurance policy, plus accrued interest.

xiii.     <u>Consent to Less-Than-Unanimous Verdict</u> – Not applicable.

Respectfully submitted:

SHIRYAK BOWMAN ANDERSON            MORRISON & TENEBAUM,
GILL & KADOCHNIKOV LLP                     PLLC

/s/ Kadochnikov                                    /s/ Androphy

_____       _____
Alexander Kadochnikov, Esq.               Joshua S. Androphy, Esq.
*Attorneys for Defendant, Alysha*          *Attorneys for Defendant, Tammy Thanos*
*Triantafillou, individually and as*          87 Walker Street, Fl 2
*Administratrix of the Estate of Ioannis*   New York, NY 10013
*Triantafillou*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415

RESIMAN RUBEO, LLP

/s/Reisman

_____
Mark I. Reisman, Esq.
*Attorneys for Defendant, Christina Stefanopoulos*
151 Broadway
Hawthorne, NY 10532

SO ORDERED:

ENTER: _____
            Judge Philip M. Halpern

# Exhibit A

| Exhibit # | Description of Exhibit | Bates ID or ECF # | Objections |
|---|---|---|---|
| AT # 1 | Original Application | ECF 51-1 | |
| AT # 2 | Equitable Amended Complaint (Exhibit B- Triantafillou Policy) | ECF 1-2 | |
| AT # 3 | Equitable Amended Complaint (Exhibit F- Claim Form) | ECF 1-6 | Christina Rentoulis-Stefanopoulos ("CR" objects to admissibility based upon hearsay |
| AT # 4 | Equitable Amended Complaint (Exhibit G- Death Registration ) | ECF 1-7 | CR-S objects based upon hearsay and irrelevance and inadmissibilituy of medical diagnosis (hearsay) |
| AT # 5 | (Production Log) Keybank Subpoena responces | AT000022 - AT000205 | Objection. Hearsay. |
| AT # 6 | (Production Log) Birth Certificate and Order of Filiation | AT000214 - AT000221 | Objection. Hearsay. |
| AT # 7 | (Production Log) Birthday Cards | AT000222 - AT000225 | Objection. Hearsay. |
| AT # 8 | (Production Log) Death Certificated and POAs | AT000268 - AT000296 | Objection. Hearsay. |
| AT # 9 | (Production Log) Mt Sinai Medical Records | AT000323 - AT000332 | Objection. Hearsay. |
| AT # 10 | (Production Log) Guardianship Petition Westchester | AT000333 - AT000420 | Objection. Hearsay and Irrelevant., |
| AT # 11 | (Production Log) Guardianshep Petition Westchester | AT000421 - AT000457 | Objection. Hearsay and Irrelevant., |
| AT # 12 | (Production Log) Greek Medical Report | AT000484 - AT000533 | Objection. Hearsay. |

| | | | |
|---|---|---|---|
| AT # 13 | (Production Log) Greek Medical Records | AT000534 - AT001678 | Objection. Hearsay. |
| AT # 14 | (Production Log) Medical Records | AT001679 - AT001689 | Objection. Hearsay. |
| AT # 15 | (Production Log) Mt Sinai Medical Records | AT001690 - AT001782 | Objection. Hearsay |
| AT # 16 | (Production Log) Guardianship Records (Appear to be complete) | AT001783 - AT001875 | Objection. Hearsay and Irrelevant., |
| AT # 17 | (Production Log) Medical Opinion | AT001876 - AT001877 | Objection. Hearsay. |
| AT # 18 | (Production Log) Name Change | AT001878 - AT001882 | Objection. Irrelevant. |
| AT # 19 | (Production Log) Passports | AT001883 - AT001905 | Objection. Hearsay |
| AT # 20 | (Production Log) Photos | AT001906 - AT001934 | Objection. Hearsay and Irrelevant., |
| AT # 21 | Document Production of Christina Stefanopoulous | CS 000002 | |
| AT # 22 | Tammy Thanos Production (Bates Stamped Doc) | TT007 - TT0010 | |
| AT # 23 | Restaurant Depot Folder (80605053)- Membership Enrollment Doc | | Objection. Irrelevant and hearsay |
| AT # 24 | Restaurant Depot Folder (Receipt Detail Docs) | | Objection. Irrelevant and hearsay |
| AT# 25 | HSBC Bank Statements | | Objection. Hearsay |
| AT# 26 | Request for change of beneficiary and acknowledgement) | ECF # 96-1 (Exhibi A) | Objection. Hearsay. |