**SHIRYAK, BOWMAN ANDERSON, GILL & KADOCHNIKOV LLP**

SBA GK

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
[...] Esq.
[...] Esq.
[...] Esq.

• Btzalel Hirschhorn, Esq.

> Application granted.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 20, 2025

**Via ECF**
The Honorable Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re: *Equitable Financial Life Insurance Company v. Triantafillou et al.*
     Docket No. 7:23-7905

Dear Judge Halpern,

  This firm represents Alysha Triantafillou, and Alysha Triantafillou as Administratrix of The Estate of Ioannis Triantafillou ("Ms. Triantafillou") in the above-captioned matter. With consent of all the parties this matter, I am writing to request an extension of the parties joint pre-trial submissions.

  Pursuant to the Court's July 24, 2025 Order (ECF No. 107), joint pretrial submissions under Your Honor's Individual Practices Rules 6B, and 6D are currently due on August 30, 2025. The parties jointly request that the deadline for submissions under Rules 6B and 6D be extended to September 30, 2025. The parties willed their joint submission pursuant to Rule 6A on July 30, 2025.

  On July 22, 2025, pursuant to the Court's Order (ECF No. 101), Ms. Triantafillou filed an Amended Answer adding Christoforos Triantafillou as an additional cross-claim defendant and requested issuance of a summons. On July 25, 2025, the Court issued a Summons as to Christoforos Triantafillous (ECF # 110).

  On August 1, 2025, I contacted my attorney-colleague Kostas Demelis, who is based in Greece, to assist in (1) locating the residential address of Christoforos Triantafillou for purposes of service, or (2) determining whether Mr. Triantafillou would be willing to sign a waiver of service. By August 12, 2025, Mr. Demelis was able to reach Christoforos Triantafillou's son, but Christoforos did not respond. By August 13, 2025, Mr. Demelis confirmed Christoforos Triantafillou's residential address in Tyros, Greece.

  As of August 18, 2025, I have obtained certified Greek translations of the Amended Complaint with exhibits (ECF No. 51), Ms. Triantafillou's Amended Answer with Cross-Claim



| | |
|---|---:|
| | Alexander Shiryak, Esq. |
| | Dustin Bowman, Esq. |
| | Mark Anderson, Esq. |
| | Navpreet Gill, Esq. |
| | Alexander Kadochnikov, Esq. |

Btzalel Hirschhorn, Esq.   ●   Matthew J. Routh, Esq.   ●   Nicholas Neocleous, Esq.

(ECF No. 108), and the corresponding electronic summons. In order to effectuate service under the Hague Service Convention, I must now submit a formal request to the Central Authority of Greece, which will then serve the documents under Greek law.

    Given these circumstances, the parties respectfully submit that good cause exists to grant another extension. This is the fourth request for an extension of the pretrial submission deadlines. All parties consent.

    We thank the Court for its consideration of the request.

Sincerely,

/s/ Kadochnikov

_____

Alexander Kadochnikov

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York 11415 | 718-577-3261 | F: 718-744-2455 |SBAGK.com