**SHIRYAK, BOWMAN ANDERSON, GILL KADOCHNIKOV**

Btzalel Hirschhorn, Esq.

> Application granted.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 29, 2025

**Via ECF**
The Honorable Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    *Equitable Financial Life Insurance Company v. Triantafillou et al.*
              Docket No. 7:23-7905

Dear Judge Halpern:

This firm represents Defendant and Cross-Claimant Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou ("Ms. Triantafillou"), in the above-captioned matter. With the consent of all parties, I write to respectfully request an extension of the parties' joint pretrial submission deadlines.

Pursuant to the Court's August 20, 2025 Order (ECF No. 113), joint pretrial submissions under Your Honor's Individual Practices Rules 6B and 6D are currently due on September 30, 2025. The parties jointly request that the deadline for submissions under Rules 6B and 6D be extended to **November 30, 2025**.

On July 22, 2025, pursuant to the Court's Order (ECF No. 101), Ms. Triantafillou filed an Amended Answer adding Christoforos Triantafillou as an additional cross-claim defendant and requested issuance of a summons. The Court issued the summons on July 25, 2025 (ECF No. 110).

On August 1, 2025, I contacted my attorney-colleague Kostas Demelis, based in Greece, to assist in (1) locating the residential address of Christoforos Triantafillou for purposes of service, and/or (2) determining whether Mr. Triantafillou would be willing to sign a waiver of service. By August 12, Mr. Demelis was able to reach Mr. Triantafillou's son, but Mr. Triantafillou himself did not respond. By August 13, Mr. Demelis confirmed Mr. Triantafillou's residential address in Tyros, Greece.



Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq.   •   Matthew J. Routh, Esq.   •   Nicholas Neocleous, Esq.

As of August 18, 2025, I had obtained certified Greek translations of the Amended Complaint with exhibits (ECF No. 51), Ms. Triantafillou's Amended Answer with Cross-Claim (ECF No. 108), and the corresponding electronic summons.

On August 30, 2025, I dispatched the translated documents and summons to a process service company that specializes in Hague Service Convention requests. According to the company, the Central Authority of Greece typically takes between 2 to 4 months to effectuate service. As of today's date, I have not received confirmation that service has been completed or that the request has been processed by the Greek Central Authority

Given these circumstances, the parties respectfully submit that good cause exists to grant this extension. This is the fifth request for an extension of the pretrial submission deadlines. All parties consent.

We thank the Court for its consideration of this request.

Sincerely,

/s/ Kadochnikov

_____
Alexander Kadochnikov