

SHIRYAK, BOWMAN
ANDERSON, GILL &
KADOCHNIKOV LLP

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.

Btzalel Hirschhorn, Esq.    ●    Matthew J. Routh, Esq.

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 118.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           January 23, 2026

**Via ECF**
The Honorable Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

     **Re:**   *Equitable Financial Life Insurance Company v. Triantafillou et al.*
              Docket No. 7:23-7905

Dear Judge Halpern:

This firm represents Defendant and Cross-Claimant Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou ("Ms. Triantafillou"), in the above-captioned matter. With the consent of all parties, I write to respectfully request an extension of the parties' joint pretrial submission deadlines.

Pursuant to the Court's November 19, 2025 Order (ECF No. 116), joint pretrial submissions under Your Honor's Individual Practices Rules 6B and 6D are currently due on January 31, 2026. The parties jointly request that the deadline for submissions under Rules 6B and 6D be extended to **March 31, 2026**.

Good cause exists for this request.

On July 22, 2025, pursuant to the Court's Order (ECF No. 101), Ms. Triantafillou filed an Amended Answer adding Christoforos Triantafillou as an additional cross-claim defendant and requested issuance of a summons. The Court issued the summons on July 25, 2025 (ECF No. 110).

On August 1, 2025, I contacted my attorney-colleague Kostas Demelis, based in Greece, to assist in (1) locating the residential address of Christoforos Triantafillou for purposes of service, and/or (2) determining whether Mr. Triantafillou would be willing to sign a waiver of service. By August 12, Mr. Demelis was able to reach Mr. Triantafillou's son, but Mr. Triantafillou himself did not respond. By August 13, Mr. Demelis confirmed Mr. Triantafillou's residential address in Tyros,

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York 11415 | 718-577-3261 | F: 718-744-2455 |SBAGK.com



Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq.    ●    Matthew J. Routh, Esq.    ●    Nicholas Neocleous, Esq.

Greece.

By August 18, 2025, I had obtained certified Greek translations of the Amended Complaint with exhibits (ECF No. 51), Ms. Triantafillou's Amended Answer with Cross-Claim (ECF No. 108), and the corresponding electronic summons.

As of December 19, 2025, the Greek Central Authority confirmed receipt and processing of the request. Presently they estimate the request to be adjudicated by April, 2026, but possibly sooner.

Given that service on the newly added cross-claim defendant remains outstanding through no fault of the parties, and given the uncertainty and extended timelines associated with Hague Convention service in Greece, the parties respectfully submit that good cause exists to extend the current pretrial submission deadlines.

We thank the Court for its consideration of this request.

Sincerely,

/s/ Kadochnikov

_____

Alexander Kadochnikov