

**SHIRYAK, BOWMAN ANDERSON, GILL & KADOCHNIKOV LLP**

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.

Btzalel Hirschhorn, Esq.    •    Matthew J. Routh, Esq.

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 120.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> March 25, 2026

**Via ECF**
The Honorable Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

> **Re:**    *Equitable Financial Life Insurance Company v. Triantafillou et al.*
> Docket No. 7:23-7905

Dear Judge Halpern:

This firm represents Defendant and Cross-Claimant Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou ("Ms. Triantafillou"), in the above-captioned matter. With the consent of all parties, I write to respectfully request an extension of the parties' joint pretrial submission deadlines.

Pursuant to the Court's March 31, 2026 Order (ECF No. 119), joint pretrial submissions under Your Honor's Individual Practices Rules 6B and 6D are currently due on January 31, 2026. The parties jointly request that the deadline for submissions under Rules 6B and 6D be extended to **May 31, 2026**.

Good cause exists for this request.

On July 22, 2025, pursuant to the Court's Order (ECF No. 101), Ms. Triantafillou filed an Amended Answer adding Christoforos Triantafillou as an additional cross-claim defendant and requested issuance of a summons. The Court issued the summons on July 25, 2025 (ECF No. 110).

On August 1, 2025, I contacted my attorney-colleague Kostas Demelis, based in Greece, to assist in (1) locating the residential address of Christoforos Triantafillou for purposes of service, and/or (2) determining whether Mr. Triantafillou would be willing to sign a waiver of service. By August 12, Mr. Demelis was able to reach Mr. Triantafillou's son, but Mr. Triantafillou himself did not respond. By August 13, Mr. Demelis confirmed Mr. Triantafillou's residential address in Tyros,



**SHIRYAK, BOWMAN ANDERSON, GILL & KADOCHNIKOV LLP**

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq.    ●    Matthew J. Routh, Esq.    ●    Nicholas Neocleous, Esq.

Greece.

By August 18, 2025, I had obtained certified Greek translations of the Amended Complaint with exhibits (ECF No. 51), Ms. Triantafillou's Amended Answer with Cross-Claim (ECF No. 108), and the corresponding electronic summons.

As of March 3, 2026, the Greek Central Authority confirmed that it has reviewed the request and transmitted the Amended Complaint and Amended Answer with Cross-Claim for service.

Given that the Central Authority has now processed and transmitted the service request, the parties anticipate that service will be completed in the near term.

Accordingly, this extension will allow sufficient time for service to be effectuated and for Christoforos Triantafillou to appear, such that the pretrial submissions may be completed with all parties participating. The parties therefore expect that this will be the final request for an extension.

We thank the Court for its consideration of this request.

Sincerely,

/s/ Kadochnikov

_____
Alexander Kadochnikov

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York 11415 | 718-577-3261 | F: 718-744-2455 |SBAGK.com