

**SHIRYAK, BOWMAN
ANDERSON, GILL &
KADOCHNIKOV LLP**

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.

Btzalel Hirschhorn, Esq.    ●    Matthew J. Routh, Esq.    ●

Application granted.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 122.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
May 27, 2026

**Via ECF**
The Honorable Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

> **Re:**    *Equitable Financial Life Insurance Company v. Triantafillou et al.*
>     Docket No. 7:23-7905

Dear Judge Halpern:

This firm represents Defendant and Cross-Claimant Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou ("Ms. Triantafillou"), in the above-captioned matter. With the consent of all parties, I write to respectfully request an extension of the parties' joint pretrial submission deadlines.

Pursuant to the Court's March 31, 2026 Order (ECF No. 121), joint pretrial submissions under Your Honor's Individual Practices Rules 6B and 6D are currently due on May 31, 2026. The parties jointly request that the deadline for submissions under Rules 6B and 6D be extended to **June 30, 2026**.

Good cause exists for this request.

On July 22, 2025, pursuant to the Court's Order (ECF No. 101), Ms. Triantafillou filed an Amended Answer adding Christoforos Triantafillou as an additional cross-claim defendant and requested issuance of a summons. The Court issued the summons on July 25, 2025 (ECF No. 110).

On August 1, 2025, I contacted my attorney-colleague Kostas Demelis, based in Greece, to assist in (1) locating the residential address of Christoforos Triantafillou for purposes of service, and/or (2) determining whether Mr. Triantafillou would be willing to sign a waiver of service. By August 12, Mr. Demelis was able to reach Mr. Triantafillou's son, but Mr. Triantafillou himself did not respond. By August 13, Mr. Demelis confirmed Mr. Triantafillou's residential address in Tyros,



Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq.   ●   Matthew J. Routh, Esq.   ●   Nicholas Neocleous, Esq.

Greece.

By August 18, 2025, I had obtained certified Greek translations of the Amended Complaint with exhibits (ECF No. 51), Ms. Triantafillou's Amended Answer with Cross-Claim (ECF No. 108), and the corresponding electronic summons.

On May 18, 2026, the Greek Central Authority transmitted an affidavit of service indicating that the documents were successfully served upon Mr. Triantafillou. The affidavit of service was written in Greek.

On May 20, 2026, I dispatched the affidavit for certified English translation. I presently anticipate receiving the completed translation shortly.

Accordingly, the requested extension will allow sufficient time either for Mr. Triantafillou to appear in the action or, if appropriate, for the undersigned to seek default-related relief.

We thank the Court for its consideration of this request.

Sincerely,

/s/ Kadochnikov

_____

Alexander Kadochnikov