UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Docket # 7:23-CV-07905

EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY

                      Plaintiffs,

| CLERK'S CERTIFICATE OF DEFAULT |
|---|

    -against-

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU, TAMMY
THANOS, CHRISTINA STEFANOPOULOS,
ROSEMARIE ZOTO, LOUIS ZOTO,

                      Defendants.
------------------------------------------------------------------------X
ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU

                  Cross-Claim Plaintiffs

    -against-

CHRISTOFOROS TRIANTAFILLOU

                  Cross-Claim Defendant


------------------------------------------------------------------------X

    I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that this action was commenced on September 6, 2023.

    I further certify that Cross-Claim Defendant CHRISTOFOROS TRIANTAFYLLOU was

first named in the Amended Answer, Affirmative Defenses, Cross-Claims and Counterclaim

filed on July 24, 2025, and that a summons was issued on July 25, 2025.

1

I further certify that the summons and Amended Answer, Affirmative Defenses, Cross-Claims and Counterclaim were served on Panagiota Triantafyllou, adult co-resident and daughter of Cross-Claim Defendant Christoforos Triantafyllou, on January 15, 2026, at the residence of Christoforos Triantafyllou in Tyros, South Kynouria, Greece, as reflected in the Affidavit/Certificate of Service filed on June 10, 2026, ECF No. 124.

I further certify that the docket entries indicate that CHRISTOFOROS TRIANTAFYLLOU has not answered, appeared, moved, or otherwise responded to the cross-claims asserted against him.

The default of CHRISTOFOROS TRIANTAFYLLOU is hereby noted.


Dated: New York, NY

_____June 26___, 2026


TAMMI M. HELLWIG Clerk of Court

By:_____

Deputy Clerk.

2