

**SHIRYAK, BOWMAN ANDERSON, GILL & KADOCHNIKOV LLP**

| Application granted. No further extensions will be granted. |
| The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 130. |
| SO ORDERED. |
| Philip M. Halpern |
| United States District Judge |
| Dated: White Plains, New York |
| June 26, 2026 |

Btzalel Hirschhorn, Esq.   •   Matthew J. Routh, Esq.

**Via ECF**
The Honorable Phillip Halpern
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

> **Re:**   *Equitable Financial Life Insurance Company v. Triantafillou et al.*
> Docket No. 7:23-7905

Dear Judge Halpern:

This firm represents Defendant and Cross-Claimant Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou ("Ms. Triantafillou"), in the above-captioned matter. With the consent of all parties, I write to respectfully request an extension of the parties' joint pretrial submission deadlines.

Pursuant to the Court's May 27, 2026 Order (ECF No. 123), joint pretrial submissions under Your Honor's Individual Practices Rules 6B and 6D are currently due on June 30, 2026. The parties jointly request that the deadline for submissions under Rules 6B and 6D be extended to **July 31, 2026**.

Good cause exists for this request.

On July 22, 2025, pursuant to the Court's Order (ECF No. 101), Ms. Triantafillou filed an Amended Answer adding Christoforos Triantafillou as an additional cross-claim defendant and requested issuance of a summons. The Court issued the summons on July 25, 2025 (ECF No. 110).

On July 24, 2025, pursuant to the Court's Order (ECF No. 101), Ms. Triantafillou filed an Amended Answer, Affirmative Defenses, Cross-Claims and Counterclaim naming Christoforos Triantafyllou as an additional Cross-Claim Defendant. A summons was issued on July 25, 2025. Following service through the Hague Convention, Christoforos Triantafyllou was served in Greece on January 15, 2026. The translated proof of service was filed on June 10, 2026. (ECF No.

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York 11415 | 718-577-3261 | F: 718-744-2455 |SBAGK.com



Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq.    ●    Matthew J. Routh, Esq.    ●    Nicholas Neocleous, Esq.

124.)

Mr. Triantafyllou has failed to appear or otherwise respond to the cross-claims. Cross-Claim Plaintiff is presently seeking entry of a Clerk's Certificate of Default pursuant to Rule 55(a). Once the Clerk enters default, Cross-Claim Plaintiff intends to proceed promptly in accordance with Your Honor's Individual Practices by filing an Order to Show Cause seeking a default judgment.

The requested extension will permit completion of the default procedures required under Rule 55 and the Court's Individual Practices before the parties finalize their joint pretrial submissions. Doing so will promote judicial economy and may materially affect the issues to be addressed at trial and in the parties' pretrial filings.

We thank the Court for its consideration of this request.

Sincerely,

/s/ Kadochnikov

_____

Alexander Kadochnikov