UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY

Docket # 7:23-CV-07905

                              Plaintiffs,

-against-

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU, TAMMY
THANOS, CHRISTINA STEFANOPOULOS,
ROSEMARIE ZOTO, LOUIS ZOTO,

                              Defendants.
------------------------------------------------------------------------X
ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU

                              Cross-Claim Plaintiffs

-against-

CHRISTOFOROS TRIANTAFILLOU

                              Cross-Claim Defendant


------------------------------------------------------------------------X

| **DECLARATION OF Alexander Kadochnikov** |
| --- |

Declaration of Alexander Kadochnikov in Support of Cross-Claim Plaintiff's Application for

an Order to Show Cause and Entry of Default Judgment Against Cross-Claim Defendant

Christoforos Triantafillou.

Alexander Kadochnikov, an attorney duly admitted to practice before this Court, declares

under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1

1. I am a partner of Shiryak, Bowman, Anderson, Gill & Kadochnikov LLP, counsel for Defendant and Cross-Claimant Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou, and I am fully familiar with the facts and proceedings in this action.

2. I submit this declaration in support of Cross-Claim Plaintiff's application for entry of a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure against Cross-Claim Defendant Christoforos Triantafillou.

3. On July 15, 2025, the Court directed Cross-Claim Plaintiff to file an amended answer adding Christoforos Triantafillou as a party defendant to this interpleader action. A true and correct copy of the Court's July 15, 2025 Order (ECF No. 101) is annexed hereto as **Exhibit E**.

4. In compliance with that Order, Cross-Claim Plaintiff filed an Amended Answer, Affirmative Defenses, Cross-Claims and Counterclaim on July 24, 2025 naming Christoforos Triantafillou as a Cross-Claim Defendant. A true and correct copy is annexed as **Exhibit A**.

5. On July 25, 2025, the Clerk issued a summons directed to Christoforos Triantafillou. A true and correct copy of the summons is annexed as **Exhibit B**.

6. Pursuant to the Hague Convention and the applicable procedures of the Hellenic Republic, the summons and the Amended Answer, Affirmative Defenses, Cross-Claims and Counterclaim were served in Tyros, South Kynouria, Greece, pursuant to the Hague Convention. The translated Certificate of Service reflects that service was effected on January 15, 2026 by the competent Greek authority. A true and correct copy of the translated Certificate of Service, filed as ECF No. 124, is annexed as **Exhibit C**.

7. Christoforos Triantafillou failed to answer, move, appear, or otherwise respond within the time permitted by the Federal Rules of Civil Procedure.

8. On June 26, 2026, the Clerk entered a Certificate of Default against Christoforos Triantafillou pursuant to Rule 55(a). A true and correct copy of the Clerk's Certificate of Default is annexed as **Exhibit D**.

9. To date, Christoforos Triantafillou has not appeared in this action, answered the Cross-Claims, sought an extension of time, or otherwise defended against the claims asserted against him.

10. Counsel investigated whether Cross-Claim Defendant Christoforos Triantafillou may be entitled to the protections of the Servicemembers Civil Relief Act ("SCRA"). As set forth in the accompanying Declaration of Alysha Triantafillou, Christoforos Triantafillou is believed to be a citizen and resident of Greece, has never resided in the United States, and there is no information suggesting that he has ever served in the armed forces of the United States. Counsel does not possess Defendant's United States Social Security number or other identifying information necessary to conduct a search through the Department of Defense Defense Manpower Data Center. Accordingly, despite a reasonable investigation, Cross-Claim Plaintiff is unable to determine whether Defendant is in military service within the meaning of 50 U.S.C. § 3931(b)(1)(B).

11. The Declaration of Alysha Triantafillou is submitted in support of this application and is incorporated herein by reference.

12. Cross-Claim Plaintiff now seeks entry of a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Judge Halpern's Individual Practices.

13. Cross-Claim Plaintiff respectfully requests that the Court sign the accompanying Order to Show Cause and, upon the return date thereof, enter a default judgment pursuant to Rule 55(b) together with such other and further relief as the Court deems just and proper.

Dated: Kew Gardens, NY

July 13, 2026

/s/Kadochnikov

_____

Alexander Kadochnikov