# ΑΠΟΔΕΙΚΤΙΚΟ

Στ.ρ.ν. Τυρό.......... σήμερα την 15...... ημέρα Πίμπτη της εβδομάδας .........................και ώρα 16:46 ο υπογράφων Αρχ|κ1) (210563) ΑΛΕΥΡΑΣ Μιχ102...................... που υπηρετώ στο Α.Τ. Νότιας Κυνουρίας, αρμοδίως επέδωσα στον **Χριστόφορο ΤΡΙΑΝΤΑΦΥΛΛΟΥ**, κάτοικο Τυρού Νότιας Κυνουρίας, την από 17/11/2025 αίτηση με τα συνημμένα σε αυτή δικόγραφα του Δικαστηρίου του ΝΟΤ. ΝΕΑΣ ΥΟΡΚΗΣ.

- Βρήκα τον ίδιο

- Επέδωσα το παραπάνω έγγραφο στ.ρ.ν. σύνοικο ενήλικο ΤΡΙΑΜΤΑΦΥΛΛΟΥ Παναγιώτη του Χριστοφόρου (γιός)...........
- Και μη ευρών αυτόν προσωπικώς ούτε άλλο πρόσωπο από τα αναφερόμενα στο άρθρο 155 παρ. 2 Κ.Πολ.Δ. θυροκόλλησα το παραπάνω έγγραφο παρουσία του μάρτυρα ...............
.......................................................................................
κατοίκου.........................επάγγελμα...............................
Και σε ένδειξη.......................................................................

Αυτός που παρέλαβε το έγγραφο                 Αυτός που επέδωσε το έγγραφο

Ο μάρτυρας

**ΘΕΩΡΗΘΗΚΕ**

για το γνήσιο της υπογραφής
του Αρχ ΑλΕΥΡΑ Μιχ.
Λεωνίδιο, 15-01-2026......

ΘΕΩΡΗΣΑ

**ΒΛΑΧΟΚΥΡΙΑΚΟΣ ΚΥΡΙΑΚΟΣ**
ΑΣΤΥΝΟΜΟΣ Β'

# CERTIFICATE OF SERVICE

In Tyros, today, January 15, 2026, day of the week.............., and at 16:46, the undersigned, Police Sergeant (210563) Alevras Michail, serving at the Police Department of South Kynouria, duly served on Christoforos TRIANTAFYLLOU, resident of Tyros, South Kynouria, the application dated 11/17/2025, together with the pleadings attached thereto, of the Court of the Southern District of New York.

~~- I found him personally~~

- I served the above document on an adult co-resident, Panagiota Triantafyllou, daughter of Christoforos, spouse.

- And, not having found him personally nor any other person among those mentioned in Article 155 paragraph 2 of the Greek Code of Civil Procedure, I posted the above document on the door in the presence of the witness ........................................................................ resident of ................................. occupation ........................ And as proof thereof ................................................................

<table>
<tr><td align="center">**The person who received the document**<br>[signature]</td><td align="center">**The person who served the document**<br>[signature]<br>The witness</td></tr>
</table>

**CERTIFIED**

as to the authenticity of the signature
of Police Sergeant Apevthas Michail
Tyros, 01/15/2026
[stamp / signature]

**Vlachokyriakos Kyriakos**
**Police Lieutenant B'**

.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY                                                                     Docket # 7:23-CV-07905

                                                Plaintiffs,

     -against-

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU, TAMMY
THANOS, CHRISTINA STEFANOPOULOS,
ROSEMARIE ZOTO, LOUIS ZOTO,


                             Defendants.
------------------------------------------------------------------------X
ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU


                         Cross-Claim Plaintiffs

     -against-

CHRISTOFOROS TRIANTAFILLOU


                         Cross-Claim Defendant
------------------------------------------------------------------------X

### <u>CERTIFICATE OF TRANSLATION</u>

I, Charalampos Moysiadis, declare under penalty of perjury under the laws of the United States
of America that the foregoing is true and correct to the best of my knowledge and belief:

1.  I am over the age of 18 and a non-party to this action.
2.  I reside at 19, Gravias str. Thessaloniki, Greece 54645
3.  I am fluent in English and Greek.
4.  That on June 10  2026, I translated the attached affidavit of service line by line to the best
    of my ability.

Dated: June 10, 2026

                                               _____
                                               By: Charalampos Moysiadis