UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

                                                          Docket # 7:23-CV-07905

EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY

                          Plaintiffs,                  | **DECLARATION OF ALYSHA**
                                                       | **TRIANAFILLOU**

          -against-

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU, TAMMY
THANOS, CHRISTINA STEFANOPOULOS,
ROSEMARIE ZOTO, LOUIS ZOTO,

                          Defendants.
------------------------------------------------------------------------X
ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU

                          Cross-Claim Plaintiffs

          -against-

CHRISTOFOROS TRIANTAFILLOU

                          Cross-Claim Defendant


------------------------------------------------------------------------X

I, Alysha Triantafillou, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:


1. I am the Defendant and Cross-Claim Plaintiff in this action, both individually and in my

    capacity as Administratrix of the Estate of my father, Ioannis Triantafillou. I submit this

declaration in support of my application for entry of a default judgment against Cross-Claim Defendant Christoforos Triantafillou.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. Christoforos Triantafillou is my father's brother and was named as a beneficiary under one of the beneficiary designations at issue in this litigation.

4. I am informed that Christoforos Triantafillou was served in Greece pursuant to the Hague Convention and that he has failed to answer, appear, or otherwise respond to the Cross-Claims asserted against him.

5. To my personal knowledge, Christoforos Triantafillou has resided in Tyros, Greece for as long as I have known him.

6. To my personal knowledge, Christoforos Triantafillou is a citizen of Greece and is not a citizen of the United States.

7. To my personal knowledge, Christoforos Triantafillou does not speak English.

8. Throughout my lifetime, my father invited Christoforos Triantafillou to visit the United States on several occasions. Christoforos consistently declined those invitations and remained in Greece.

9. I have no knowledge or information suggesting that Christoforos Triantafillou has ever served in the armed forces of the United States. To the best of my knowledge, he has lived continuously in Greece throughout my lifetime.

10. I do not possess Christoforos Triantafillou's United States Social Security number, nor do I have any information indicating that he has ever been assigned one. Although I know his date of birth and certain Greek identifying information, I do not possess the identifying information required to verify his military status through the United States Department of Defense Defense Manpower Data Center.

11. Because Christoforos Triantafillou has failed to appear or otherwise respond to the Cross-Claims despite having been properly served, I respectfully request that the Court grant the relief requested in Cross-Claim Plaintiff's application for default judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026

/s/Triantafillous

Alysha Triantafillou

3

# FLORIDA INDIVIDUAL ACKNOWLEDGMENT
## F.S. 117.05(13)

State of Florida

County of _Miami-Dade_ }

The foregoing instrument was acknowledged before me by means of

☒ Physical Presence,

— OR —

☐ Online Notarization,

this _13_ day of _July_, _2026_, by
   Date       Month       Year

_Alysha Marie Triantafillou_.
Name of Person Acknowledging

_____
Signature of Notary Public — State of Florida

_Wislet Jean_
Name of Notary Typed, Printed or Stamped

☐ Personally known

☒ Produced Identification

Type of Identification Produced: _Florida Driver License_

---

**WISLET JEAN**
Notary Public - State of Florida
Commission # HH 695481
My Comm. Expires Aug 22, 2029

Place Notary Seal Stamp Above

---

—— OPTIONAL ——

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Declaration of Alysha Trianafillo_

Document Date: _7/13/2026_     Number of Pages: _3_

Signer(s) Other Than Named Above: _____

©2020 National Notary Association