UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Docket # 7:23-CV-07905

EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY

                          Plaintiffs,

          -against-

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU, TAMMY
THANOS, CHRISTINA STEFANOPOULOS,
ROSEMARIE ZOTO, LOUIS ZOTO,

                          Defendants.
------------------------------------------------------------------------X
ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX OF THE
ESTATE OF IOANNIS TRIANTAFILLOU

                          Cross-Claim Plaintiffs

          -against-

CHRISTOFOROS TRIANTAFILLOU

                          Cross-Claim Defendant


------------------------------------------------------------------------X

| ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF |
| --- |
| ~~[PROPOSED]~~ |

Upon the Declaration of Alexander Kadochnikov, Esq., dated Jule 14, 2026, Declaration

of Alysha Triantafillou, the accompanying Memorandum of Law, the Clerk's Certificate of

Default entered against Cross-Claim Defendant Christoforos Triantafyllou pursuant to Rule 55(a)

of the Federal Rules of Civil Procedure, and all prior pleadings and proceedings herein, it is

hereby

1

**ORDERED**, that Cross-Claim Defendant CHRISTOFOROS TRIANTAFYLLOU shall show cause before this Court, at Courtroom 520 of the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York, on the 18th day of November, 2026, at on submission only; no appearances, .m., or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to Rule 55(b) of the Federal Rules of Civil Procedure:

1. Entering a default judgment against Cross-Claim Defendant CHRISTOFOROS TRIANTAFYLLOU on the Cross-Claims asserted by Cross-Claim Plaintiff Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou;

2. Declaring that CHRISTOFOROS TRIANTAFYLLOU is in default and is barred from asserting any claim inconsistent with the relief awarded on the Cross-Claims;

3. Granting such other and further relief as the Court deems just and proper;

and it is further

**ORDERED**, that any opposition papers shall be served and filed on or before November 18, 2026; and it is further

**ORDERED**, that Cross-Claim Plaintiff shall serve a copy of this Order to Show Cause, together with the supporting papers upon which it is based, upon Cross-Claim Defendant

2

CHRISTOFOROS TRIANTAFILLOU on or before _____October 19_____, 2026, ~~in the~~

in accordance with the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,   November 2, 2026.
~~manner directed by the Court,~~ and shall file proof of such service on ECF no later than ~~three (3)~~

~~business days before the return date~~.

Dated: White Plains, New York

_____July 20_____, 2026

HON. PHILIP M. HALPERN

United States District Judge

3