UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ------------------------------------------------------------------------- X
EQUITABLE FINANCIAL LIFE
INSURANCE COMPANY,                                    **NOTICE OF MOTION**
                                                     **IN LIMINE**

                    Interpleader Plaintiff,


        - against -                                   Index No. 7:23-cv-07905-PMH

ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX
OF THE ESTATE OF IOANNIS
TRIANTAFILLOU, TAMMY THANOS,
CHRISTINA STEFANOPOULOS, ROSEMARIE
ZOTO, LOUIS ZOTO,

                    Interpleader Defendants.
 ------------------------------------------------------------------------- X
ALYSHA TRIANTAFILLOU, ALYSHA
TRIANTAFILLOU AS ADMINISTRATRIX
OF THE ESTATE OF IOANNIS
TRIANTAFILLOU,

                    Cross-Claim Plaintiffs,

        -against-

CHRISTOFOROS TRIANTAFILLOU,

                    Cross-Claim Defendant.
 -------------------------------------------------------------------------X

     PLEASE TAKE NOTICE, that upon the annexed Exhibits and the accompanying

Memorandum of Law, Interpleader Defendants CHRISTINA STEFANOPOULOS and TAMMY

THANOS, by their attorneys, Reisman Rubeo, LLP and Morrison & Tenenbaum, PLLC, will

jointly move before this Court, on the 29th day of August, 2026 or as soon thereafter as counsel

can be heard, at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601,

Courtroom 520, before the Honorable Philip M. Halpern, United States District Court Judge, for an Order, pursuant to Federal Rule of Evidence 104 and Rule 6(b)(iii) of the Individual Practices in Civil Cases of Hon. Philip M. Halpern: (a) excluding the trial testimony and report of Bart Baggett, the purported expert witness of Interpleader Defendant Alysha Triantafillou, Individually and as Administratrix of the Estate of Ioannis Triantafillou; (b) excluding the trial testimony of a "Restaurant Depot Representative," Stefan Stefanopoulos, Geore Bouigas and Angie J. Manolis, and any other testimony of Triantafillou's fact witnesses to the extent they seek to offer evidence beyond the limited scope of this statutory interpleader action and/or to the extent that said anticipated testimony is otherwise improper, for the reasons set forth in the accompanying Memorandum of Law; and (c)  granting the movants such further relief as the Court deems proper.

Dated: Hawthorne, New York
       July 31, 2026

                                          /s/ *Mark I. Reisman*
                        By:      _____
                                 MARK I. REISMAN, ESQ.
                                 SHARMAN T. PROPP, ESQ.
                                 REISMAN RUBEO, LLP
                                 *Attorneys for Christina Stefanopoulos*
                                 151 Broadway
                                 Hawthorne, New York 10532
                                 (914) 495-3050
                                 mreisman@rrllplaw.com
                                 spropp@rrllplaw.com

                                          /s/ *Joshua S. Androphy*
                        By:      _____
                                 JOSHUA S. ANDROPHY, ESQ.
                                 MORRISON & TENENBAUM, PLLC
                                 *Attorneys for Tammy Thanos*
                                 87 Walker Street, Fl 1
                                 New York, New York 10013
                                 (212) 620-0938
                                 jandrophy@m-t-law.com

2

3

TO:
ALEXANDER KADOCHNIKOV, ESQ.
SHIRYAK BOWMAN ANDERSON
GILL & KADOCHNIKOV LLP
*Attorneys for Alysha Triantafillou Individually*
*and as Administratrix of the Estate of*
*Ioannis Triantafillou*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, New York 11415
(718) 332-9600
akadochnikov@gkfirm.law