SBA GK
SHIRYAK, BOWMAN ANDERSON, GILL & KADOCHNIKOV LLP

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.

Btzalel Hirschhorn, Esq. • Matthew J. Routh, Esq.

Application denied.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 156.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 15, 2026

Via ECF

The Honorable Philip M. Halpern
United States District Court, Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: Equitable Financial Life Insurance Company v. Triantafillou et al.
Docket No. 7:23-07905

**Letter Motion for a 90 Day Stay and Extension of Time to Move for Substitution**

Dear Judge Halpern:

This firm represents Alysha Triantafillou, individually and as Administratrix of the Estate of Ioannis Triantafillou. Pursuant to Your Honor's Individual Practices Rules 1(B), 1(C), and 1(F), I respectfully request a 90-day stay of this action from entry of the Court's order to allow appointment or identification of an executor or other proper estate representative or successor of deceased Cross-Claim Defendant Christoforos Triantafillou.

Christoforos died on August 3, 2026. Ms. Triantafillou filed a suggestion of death on September 30, 2026 (ECF# 155), which was served on the remaining parties by ECF. The Court has not entered a stay. To counsel's present knowledge, no executor or other representative has yet been appointed or identified as the proper substitute in this action.

The Greek records provided to counsel report a published will and show that two daughters renounced the inheritance on September 11, 2026. They do not establish who has authority to represent the estate in this litigation. The requested stay would provide an opportunity to identify the proper estate representative or successor and seek substitution under Rule 25(a).

The Court may stay proceedings after balancing the competing interests. *Landis v. North American Co.*, 299 U.S. 248, 255 (1936). A stay of the entire action is warranted because the pending cross-claim against Christoforos seeks to resolve his potential entitlement to the same

SHIRYAK, BOWMAN ANDERSON, GILL & KADOCHNIKOV LLP

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq. • Matthew J. Routh, Esq. • Nicholas Neocleous, Esq.

insurance proceeds at issue among the remaining claimants. Before his death, Ms. Triantafillou pursued default relief to resolve that interest. His death now requires identification and substitution of a proper estate representative or successor before further adjudication of the cross-claim and any renewed request for default judgment.

Proceeding with adjudication of the remaining claims while Christoforos's potential entitlement to the same fund remains unresolved would risk piecemeal disposition of the competing claims to the insurance proceeds.

For these reasons, Ms. Triantafillou respectfully requests that the Court stay all proceedings in this action for 90 days from entry of its order, with a status report concerning identification of the proper estate representative or successor and substitution due 14 days before expiration of the stay.

Respectfully submitted,
/s/ Alexander Kadochnikov
Alexander Kadochnikov
cc: All counsel of record via ECF